```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA

     - - - - - - - - - - - - - - - x
     THE UNITED STATES OF AMERICA,
                                           Criminal Action No.
                    Plaintiff,             1:21-cr-00418-RDM-1
                                           Friday, November 5, 2021
     vs.                                   12:10 p.m.

     ERIC BOCHENE,

                    Defendant.
     - - - - - - - - - - - - - - - x

     _____

                      TRANSCRIPT OF STATUS HEARING
              HELD BEFORE THE HONORABLE RANDOLPH D. MOSS
                       UNITED STATES DISTRICT JUDGE
     _____

     APPEARANCES:

     For the United States:        ANITA EVE, ESQ.
                                   U.S. ATTORNEY'S OFFICE/PA
                                   615 Chestnut Street
                                   Philadelphia, PA 19106
                                   (215) 861-8577
                                   anita.eve@usdoj.gov

     For the Defendant:            ERIC BOCHENE, Pro Se

                                   JOHN GILSENAN, ESQ.
                                   FEDERAL PUBLIC DEFENDERS
                                   4 Clinton Square, 3rd Floor
                                   Syracuse, NY 13202
                                   (315) 701-0080
                                   John_Gilsenan@fd.org


     Court Reporter:               Lisa A. Moreira, RDR, CRR
                                   Official Court Reporter
                                   U.S. Courthouse, Room 6718
                                   333 Constitution Avenue, NW
                                   Washington, DC  20001
                                   (202) 354-3187
```

```
 1                    P R O C E E D I N G S
 2              THE COURTROOM DEPUTY:  Your Honor, this is
 3   Criminal Action 21-418, The United States of America vs.
 4   Eric Bochene.  The defendant is appearing by video.  Also by
 5   video for the government, Anita Eve, and, as standby counsel
 6   for defendant, John Gilsenan.
 7              THE COURT:  All right.  Well, thank you, all.
 8              Mr. Bochene, let me start by asking you whether
 9   you have any objection to doing this by video instead of in
10   person?
11              (Pause)
12              THE COURT:  You're on mute.
13              (Pause)
14              THE COURT:  You're still on mute.
15              MR. BOCHENE:  Sorry.  Sorry about that.
16              No, your question -- the answer to your question,
17   no, I do not.
18              THE COURT:  Okay.  Thank you.  And I'll remind
19   everyone as well about the Court's rules.  You may not
20   record or rebroadcast these proceedings.
21              Ms. Eve, I don't know what was going on with your
22   computer, but I will -- this is the second time, I think,
23   when we've had to wait 10 or 15 minutes for you at the
24   beginning of one of these proceedings; so if you can make
25   sure of -- any problems you have, that you get that
```

1  technology fixed so the Court and the parties aren't
2  waiting.
3          MS. EVE:  Yes, sir.
4          THE COURT:  So I received -- I don't know if the
5  government has received it yet, but I did receive this
6  morning a motion from Mr. Bochene for a change of venue.
7  Ms. Eve, have you received that yet?
8          MS. EVE:  I have not, Your Honor.  I think that
9  one of the problems is that Mr. Bochene sends items to my
10 office, and then, because of the pandemic, what the mailroom
11 does is they gather the mail and then they forward it to my
12 home address.  I am headed into the office this afternoon,
13 but I have not received Mr. Bochene's submission to the
14 Court.
15         THE COURT:  Yes, Mr. Bochene.
16         MR. BOCHENE:  May I also interject just with a
17 quick question?  It's not a -- when I did go to the FedEx,
18 the database was pulling up a room number for you, but I do
19 not have that address, so just in the spirit of having
20 things more -- should I or should I not include a room
21 number or just it's irrelevant?
22         MS. EVE:  I'm not sure if Mr. Bochene's question
23 is directed to me or to the Court.  But if he were to file
24 things electronically, then I would receive them at the same
25 time that the Court does, but I don't believe he's filing

1    things electronically.
2            THE COURT: His question for you is that he's
3    mailing it to you, should he include the room number?
4            MS. EVE: He could include the room number, but if
5    he addresses things to the U.S. Attorney's Office, then it
6    would automatically make its way to me no matter what, if he
7    puts Suite 1250 or not.
8            THE COURT: Well, we are going to docket what
9    Mr. Bochene files so you'll receive it that way as well. So
10   it will come up that way.
11           How much time, Ms. Eve, would you like to respond
12   to Mr. Bochene's motion for change of venue?
13           MS. EVE: Your Honor, if I could have one week,
14   that would be amenable to the government's schedule.
15           THE COURT: Is that enough time for you?
16           MS. EVE: One week, yes, Your Honor.
17           THE COURT: All right. Well, I'm not sure exactly
18   when it's going to be in your hands.
19           MR. BOCHENE: May I --
20           THE COURT: Yes, go ahead, Mr. Bochene.
21           MR. BOCHENE: Now, Mr. Gilsenan also suggested
22   that there is a way for me to file electronically. I do
23   have a PACER account, but I do not see any methodology, so
24   if it is true that I can file electronically via PACER, I
25   don't -- I need more than just a yes or no or you can. I

1    mean, I'm not being -- I'm trying to --
2            THE COURT:  I don't know that you can.  It may be
3    that in criminal cases -- you can only do so in civil cases,
4    but in criminal cases, I don't know if there is a means for
5    which people who are proceeding pro se can file
6    electronically.
7            You're welcome to confer with the clerk's office
8    about that, but I'm not aware of a way, so I think your
9    FedEx going to the clerk's office for now, at least, is the
10   best way to do it.
11           MR. BOCHENE:  And I have email -- I did email all
12   parties because my -- as you know, Judge -- I don't know how
13   technology -- technically oriented you are, but it's in a
14   proper PDF format so the references are clickable links.  So
15   everybody should have the email, plus I filed, you know, one
16   copy.
17           THE COURT:  Okay.  And just so that you
18   understand, if you actually want it to be docketed, though,
19   you can't -- you actually have to send it to the clerk's
20   office.  You know, Kristin can't docket it for you.
21           MR. BOCHENE:  No, no, I did.
22           THE COURT:  I appreciate it.  I just want to make
23   sure you understood that as well.  So that's fine.
24           So I will give -- today is the 5th, and I assume
25   that you'll receive it by Monday, Ms. Eve, and so -- well, I

```
 1    assume you'll get it by Tuesday, so why don't I give you
 2    until the 16th, then, to file your opposition.
 3              MS. EVE:  Yes, Your Honor.
 4              THE COURT:  And then you're entitled to file a
 5    reply brief, Mr. Bochene, if you'd like to.  When would you
 6    like to do that?
 7              MR. BOCHENE:  I'm sorry, I didn't quite get the
 8    term you said, Judge.
 9              THE COURT:  The government will file a brief in
10    opposition to your motion.
11              MR. BOCHENE:  Okay.
12              THE COURT:  You're allowed to have the last word
13    on the motion.  You can file a response to whatever the
14    government says, and it should be limited to what the
15    government says, and I'm just asking how much time you would
16    like to do that.
17              MR. BOCHENE:  Well, what was the exact term?  So
18    she would file a brief, and then I can?
19              THE COURT:  She files an opposition, and then you
20    file a reply.
21              MR. BOCHENE:  If she may.  I mean, she may or may
22    not choose.  We shouldn't speak for what her intent --
23              THE COURT:  I can leave that up to her.
24              MR. BOCHENE:  Yes, I mean, to be honest, I did
25    leave out a few points there, but I think -- I think the
```

```
 1    Court and the prosecutor might have them in their mind as
 2    well.
 3              THE COURT:  Okay.  So when would you like to file
 4    your reply brief?
 5              MR. BOCHENE:  Well, if you're giving her a week --
 6    you're giving her a week, correct?
 7              THE COURT:  Yes.  I'd give her more time if she
 8    wants.  But if she wants a week, that's fine.
 9              How much time would you like?  I'm happy to give
10    you whatever you feel -- I realize you're pro se.  I'm happy
11    to give you whatever you feel you need.
12              MR. BOCHENE:  Yes.  I mean -- I mean, if you're
13    giving her a week, then, you know, to keep a level playing
14    field, I'm pretty confident that I could come up with
15    something within a week as well.
16              THE COURT:  Okay.  Is the 23rd okay?  That's right
17    before the Thanksgiving holiday.
18              MR. BOCHENE:  What day of the week is that, just
19    if anybody --
20              THE COURT:  That's a Tuesday.
21              MR. BOCHENE:  Yes.  You know, I'm losing --
22    anyway.
23              THE COURT:  It's up to you.  I realize -- you
24    know, I don't want to put you in a difficult situation; so
25    if you want more time, you're welcome to it.
```

```
1           MR. BOCHENE:  No, no, it's not the point of that.
2   It's more like the day of the week.  Like as we all know,
3   I'm having to devote a lot of time and energy to this
4   situation so I -- my work schedule, I've been trying to
5   basically keep it to a -- to be free during at least
6   Thursdays and Fridays, you know, workday weeks.
7           I mean, I'm very flexible, but, you know, just in
8   keeping my employer on a pattern, if we can shoot towards a
9   Thursday or Friday, that just makes things a bit better.
10          THE COURT:  I'm happy to do that except for the
11  fact that Thursday is Thanksgiving and Friday's the day
12  after Thanksgiving.  Unless you want to do Thursday or
13  Friday of the next week, which is fine as well.  So you
14  could do December 2nd or 3rd, if you prefer.
15          MR. BOCHENE:  Yes.  I assume the 2nd would be a
16  Thursday and Friday -- and 3rd would be a Friday.
17          THE COURT:  Yes.
18          MR. BOCHENE:  I appreciate you helping me out.  I
19  don't have a calendar right in front of me.
20          Yes, so the 3rd?
21          THE COURT:  Okay, December 3rd, okay, for the
22  reply.  And then I'll let the parties know if I think I need
23  to hear any argument on the motion.
24          And then, Ms. Eve, where do we stand with respect
25  to discovery?
```

1           MS. EVE:  Your Honor, all the discovery has been
2    supplied to Mr. Bochene.  The only thing that has not been
3    provided to him is the massive discovery that has been
4    developed in all of the Capitol riot cases investigation,
5    and Mr. Bochene and I will have to discuss him supplying a
6    hard drive in order for him to receive that.
7           THE COURT:  Okay.  Mr. Bochene, would you like to
8    provide a hard drive to Ms. Eve, and she can get you that
9    additional discovery?
10          MR. BOCHENE:  Just to be a little stickler on
11   definitions.  They go -- like four terabyte drive or a thumb
12   drive or just.
13          MS. EVE:  Your Honor, I can engage in discussions
14   with Mr. Bochene with regard to that.
15          MR. BOCHENE:  Yes, you know, just like the
16   technical specifications more -- "hard drive" is a very sort
17   of umbrella sort of term in today's world.
18          THE COURT:  I'll let the two of you talk about
19   that off line.
20          MR. BOCHENE:  Okay.
21          THE COURT:  A good possibility might be that it
22   may be that Mr. Gilsenan can also facilitate providing some
23   discovery where I think he may, as a federal public
24   defender, be able to access some of the stuff online in his
25   office -- I don't know if that's possible -- in which case

1  Mr. Bochene can come to Mr. Gilsenan's office and perhaps
2  make use of it there as well.
3          MR. BOCHENE:  Can you just -- pardon me for a
4  minute?  I hear an alarm going off.  Can you just give me
5  one second.  I'm really sorry.
6          THE COURT:  Yes.
7          MR. BOCHENE:  I want to check on -- hold on.
8          THE COURT:  Yes, that's fine.
9          MR. BOCHENE:  Okay.  No big deal.  No emergencies.
10 It was just my $CO_2$ alarm that's on its death legs doing
11 the --
12         THE COURT:  All right.
13         MR. BOCHENE:  I apologize.
14         THE COURT:  I think probably what we ought to do
15 is why don't we actually, just as a control date, have a
16 status conference on the 3rd, the day that your reply is
17 due, because then I start a trial just after that, and we'll
18 be tied up for a few weeks with the trial.  So why don't we
19 schedule something for December 3rd.
20         And, Mr. Bochene, would you like to do that by
21 video, or do you want to come in in person for that?  It
22 will just be a status and further scheduling conference.
23         MR. BOCHENE:  No, let's do this by video.  I'm a
24 little -- you know, going into D.C. and the political -- I
25 kind of tested the political climate and, you know, I got --

1    I'm under threat by people on the right wing and left wing.
2    It's a little disturbing.
3              THE COURT:  All right.  Well, December 3rd is
4    fine.
5              Kristin, do you want to find a time for a video
6    status?
7              THE COURTROOM DEPUTY:  Sure, Your Honor.  I've
8    referred to the items that you have on your calendar, and
9    I'm not sure you're available.  Are you available in the
10   morning?
11             THE COURT:  Oh, let me see.  Yes, I am available
12   on December 3rd, yes.  Any time that doesn't have to be
13   on --
14             THE COURTROOM DEPUTY:  Okay.  10:00 a.m.
15             THE COURT:  Okay.  Does that work for everyone?
16             Mr. Bochene?
17             MS. EVE:  That works for the government, Your
18   Honor.
19             MR. BOCHENE:  The 3rd of December, 10:00?
20             THE COURT:  Yes.
21             MR. BOCHENE:  10:00 a.m.?
22             THE COURT:  Yes.
23             MR. BOCHENE:  Okay.
24             THE COURTROOM DEPUTY:  December what?  I think he
25   repeated the date wrong.

```
 1                THE COURT:  December 3rd, right?
 2                THE COURTROOM DEPUTY:  Okay.
 3                THE COURT:  December 3rd?
 4                MR. BOCHENE:  That's what I hear.  1, 2, 3,
 5      correct?
 6                THE COURT:  Kristin, is that what you meant?
 7                THE COURTROOM DEPUTY:  Yes, Your Honor.  Thank
 8      you, yes.
 9                THE COURT:  And, Mr. Gilsenan, does that work for
10      you?
11                MR. GILSENAN:  Yes, it does.
12                THE COURT:  Okay.  All right.  And I hope that by
13      then, Ms. Eve, you've worked things out with discovery so we
14      know where discovery is because I think I'll want to set a
15      further schedule at that point in time for next steps in the
16      case.
17                MS. EVE:  I do understand that, Your Honor, but
18      I would like to bring another matter to the Court's
19      attention, which is that on the same date of our last
20      hearing I sent an email to Mr. Bochene making an inquiry,
21      and to this -- I think that was approximately two weeks ago,
22      and to this date I have not received a response to my
23      inquiry from Mr. Bochene.
24                I also checked --
25                THE COURT:  Back up before you move up to the next
```

1          topic.  Was this about discovery and about providing him
2          with discovery?
3                    MS. EVE:  No, Your Honor, it was with regard to a
4          matter that Mr. Bochene brought up at the last hearing in
5          which he indicated that he had what was to be articulated
6          was an absolute defense to this case, and Mr. Bochene has
7          not responded to that.
8                    THE COURT:  Well, you know, I think that's his
9          decision on whether he responds or not.  It's not for the
10         Court to compel him to respond.
11                   But that does bring up another issue, though,
12         which is, Mr. Bochene, are there any other motions that you
13         want to file, or have you filed the only motion that you
14         intend to file in this matter?
15                   If you have other motions, we should set a
16         schedule for that, too.
17                   MR. BOCHENE:  I honestly can't answer that either
18         way 100 percent right now.  Is there anything -- I mean --
19                   THE COURT:  Let me say this.  At the December 3rd
20         status, I will expect the parties to be prepared to discuss
21         further schedule; and if you do intend to file any further
22         motions, then you'll need to tell me on December 3rd, okay?
23                   MR. BOCHENE:  Okay.
24                   MS. EVE:  Yes, Your Honor.
25                   THE COURT:  And the same goes for the government,

1    too.

2           MS. EVE:  Yes, Your Honor.  And I would note that
3    I'm tracking my records, and I have not received and nor --
4    I have not received electronically nor have I received
5    indication from my office of any filings received from
6    Mr. Bochene.  But I will investigate that further when I go
7    into the office in the next hour.

8           THE COURT:  I can tell you that the motion for
9    change of venue that I have sitting on my desk now is date-
10   stamped from the office mailroom November 4th, so they just
11   received it in the mailroom yesterday.

12          MS. EVE:  Yes, Your Honor.

13          MR. BOCHENE:  I'd like to just --

14          THE COURT:  Ms. Eve wanted to raise a second
15   issue, and I cut her off.

16          MS. EVE:  Oh, no, those are my two issues, Your
17   Honor.

18          THE COURT:  All right.  Mr. Bochene.

19          MR. BOCHENE:  Yes, I did back in August, and I
20   don't have the -- I did try to file something registered
21   certified return-receipt mail via USPS, and when I check --
22   when I log on, it says it's still in transit.  You know, I
23   don't know what to make of that.  It's from August.

24          THE COURT:  Do you have a copy of whatever it was
25   you tried to file?

1         MR. BOCHENE:  Yes, I do.
2         THE COURT:  I would just ask -- I would suggest
3   you resend it if it somehow got lost in the mail.
4         MR. BOCHENE:  Yes.  Yes, sir.
5         THE COURT:  Okay.
6         All right.  Anything else, Mr. Bochene, you want
7   to raise today?
8         MR. BOCHENE:  No, not specifically from my -- not
9   off the top of my head, no, I don't.
10        THE COURT:  All right.  Ms. Eve, anything else you
11  want to raise today?
12        MS. EVE:  No, Your Honor.
13        THE COURT:  All right.  Mr. Gilsenan, anything you
14  want to bring up?
15        MR. GILSENAN:  No, Judge.
16        THE COURT:  All right.  Well, thank you all, and
17  we'll talk again on December 3rd.  And I will go ahead and
18  ask that our clerk's office docket Mr. Bochene's motion.
19        MR. BOCHENE:  Just -- I almost forgot.  So you've
20  asked Ms. Eve and everybody to provide a -- what did you
21  say? -- a brief, if she so chooses, to either agree or
22  disagree?
23        THE COURT:  Right.
24        MR. BOCHENE:  So will I receive any material on
25  that before December 3rd?

1            THE COURT:  Yes.
2            MR. BOCHENE:  Okay.
3            THE COURT:  I mean, I directed that she file it by
4    November 16th.  She'll have to mail it to you or send it by
5    overnight to you, but I would ask, as a courtesy, if you
6    wouldn't mind emailing that to Mr. Bochene as well so he
7    will have plenty of time for his response.
8            MR. BOCHENE:  Sorry.
9            MS. EVE:  I have Mr. Bochene's email address; so I
10   will not only mail it to him via United States mail, I will
11   also email it to him as well.
12           THE COURT:  Great.  Perfect.  Thank you.
13           All right.  Thank you, all.
14           And I do encourage you to work through this issue
15   with respect to the discovery so that we're in good shape
16   come the 3rd.  Have a nice weekend.  Thank you, all.
17           MR. BOCHENE:  All right.  Good-bye, everybody.
18   Have a good day.
19           THE COURT:  You, too.
20           (Whereupon the hearing was
21            concluded at 12:27 p.m.)
22
23
24
25

**CERTIFICATE OF OFFICIAL COURT REPORTER**

I, LISA A. MOREIRA, RDR, CRR, do hereby certify that the above and foregoing constitutes a true and accurate transcript of my stenographic notes and is a full, true and complete transcript of the proceedings to the best of my ability.

**NOTE:** This hearing was held during the COVID-19 pandemic stay-at-home restrictions and is subject to the technological limitations of court reporting remotely.

Dated this 15th day of August, 2021.

/s/Lisa A. Moreira, RDR, CRR
Official Court Reporter
United States Courthouse
Room 6718
333 Constitution Avenue, NW
Washington, DC 20001