```
 1                 IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2
        UNITED STATES OF AMERICA,      ) Criminal Action
 3                                     ) No. 1:21-CR-418
                        Plaintiff,     )
 4                                     ) SENTENCING - VIA ZOOM
        vs.                            )
 5                                     ) Washington, D.C.
        ERIC BOCHENE,                  )
 6                                     ) November 2, 2023
                        Defendant.     ) Time:  10:10 a.m.
 7      _____

 8            TRANSCRIPT OF SENTENCING - VIA ZOOM
          HELD BEFORE THE HONORABLE JUDGE RANDOLPH D. MOSS
 9                  UNITED STATES DISTRICT JUDGE
        _____
10
                        A P P E A R A N C E S
11
        For Plaintiff:          ANITA EVE
12                              U.S. Attorney's Office/PA
                                615 Chestnut Street
13                              Philadelphia, PA 19106

14                              MICHAEL JOHN ROMANO
                                U.S. Department of Justice
15                              1331 F Street, NW
                                Washington, DC 20004
16
        For Defendant:          JOHN GILSENAN
17                              Federal Public Defenders
                                4 Clinton Square
18                              3rd Floor
                                Syracuse, NY 13202
19
        Also Present:           ROBERT WALTERS, Probation Office
20      _____

21

22      Court Reporter:         Tamara M. Sefranek, RMR, CRR, CRC
                                Official Court Reporter
23                              United States Courthouse, Room 6714
                                333 Constitution Avenue, NW
24                              Washington, DC  20001
                                202-354-3246
25
```

1                       P R O C E E D I N G S

2           THE COURTROOM DEPUTY:  Good morning, Your Honor.  We

3    are here on Criminal Case 21-418, United States of America v.

4    Eric Bochene.

5           Would counsel please state their name for the record,

6    starting with government counsel.

7           MS. EVE:  Good morning, Your Honor.  Anita Eve on

8    behalf of the United States, and I'm also accompanied by AUSA

9    Michael Romano.

10          THE COURT:  Good morning.

11          MR. ROMANO:  Good morning, Your Honor.

12          MR. GILSENAN:  Good morning, Your Honor.  John

13   Gilsenan on behalf of Mr. Bochene.

14          THE COURT:  Good morning to you as well.  And

15   probation?

16          THE PROBATION OFFICER:  Sorry.  Good morning, Your

17   Honor.  Robert Walters on behalf of the probation office.

18          THE COURT:  Thank you for being here.  So we're here

19   this morning for the sentencing of the defendant, Eric Bochene,

20   who has pleaded guilty to one count of the information,

21   entering and remaining in a restricted building or grounds, in

22   violation of 18 U.S.C. Section 1752(a)(1).

23          The first thing I want to do is just confirm that we

24   should proceed today by video conference, which we're doing at

25   the request of defense counsel.  And under Rule 43(b)(2), we

 1    can proceed by video teleconference with the written consent of

 2    the defendant.  And I am just confirming that, but I'm pretty

 3    sure that's in the plea agreement.

 4              Yes.  So in paragraph 12 of the plea agreement.  But

 5    I do want to confirm, Mr. Gilsenan, that Mr. Bochene does want

 6    to proceed today by video teleconference?

 7              MR. GILSENAN:  That's correct, Your Honor.

 8              THE COURT:  Okay.  All right.  So we will do that.

 9              I have reviewed the presentence report and the

10    sentencing recommendation from the probation office and the

11    sentencing memoranda submitted by the government and

12    Mr. Bochene.  I also have reviewed the video footage that the

13    government has submitted, along with its sentencing memorandum.

14              Let me start by asking, Ms. Eve, are there any

15    additional materials the government would request that I

16    consider today?

17              THE COURTROOM DEPUTY:  Mr. Bochene, can you mute your

18    microphone, please.  Thank you.

19              MS. EVE:  Your Honor, I didn't hear the Court's

20    question.

21              THE COURT:  The question was, are there any other

22    materials that you would request that I consider today?

23              MS. EVE:  No, Your Honor.  You have everything that

24    the government has submitted and is asking the Court to

25    consider.

1          THE COURT:  Okay.  Mr. Gilsenan, is there anything

2    you would request that I consider today?

3          MR. GILSENAN:  No, Your Honor.

4          THE COURT:  All right.  So, Mr. Bochene, the

5    proceeding today is going to involve several steps.  I suspect

6    you probably just want to get to the bottom line, and I

7    understand that.  But I have to go through all these steps

8    because I have to make sure that there's agreement on all the

9    relevant legal and factual premises; and if there's

10    disagreement, then I have to resolve those disagreements.

11          So the first step will be for me to determine whether

12    you've reviewed the presentence report and to resolve any

13    objections with respect to that.

14          The second step is for me to determine the

15    appropriate guidelines as they apply in your case.

16          The third step is for me to hear from the government,

17    from your counsel, from you, if you'd like to address the

18    Court, or anyone else you want me to hear from.

19          And the final step is for me to fashion a just and

20    fair sentence in light of the factors that Congress specified

21    in a statute, which is at 18 U.S.C. Section 3553(a).  And as

22    part of that last step, I'll actually impose the sentence in

23    the case.

24          So let's start with the presentence report.  The

25    final presentence report and recommendation from the probation

 1    office were filed on October 26, 2023.

 2              Ms. Eve, does the government have any objection to

 3    any of the factual matters set forth in the presentence report?

 4              MS. EVE:  No, Your Honor.

 5              THE COURT:  All right.  And, Mr. Gilsenan, does the

 6    defense have any objection to any of the factual materials set

 7    forth in the presentence report?

 8              MR. GILSENAN:  No, Your Honor.  In the objection we

 9    filed, probation responded, and we're satisfied with the

10    response.

11              THE COURT:  Okay.  Thank you.  Has Mr. Bochene had

12    the opportunity to review the presentence report?

13              MR. GILSENAN:  Yes, he has, Your Honor.  We've

14    discussed it.

15              THE COURT:  Okay.  And is he expecting an evidentiary

16    hearing on any questions?

17              MR. GILSENAN:  No, Your Honor.

18              THE COURT:  Mr. Bochene, are you fully satisfied with

19    the assistance of your lawyer in this case?

20              THE DEFENDANT:  Yes.  He's been -- Mr. Gilsenan has

21    been good assisting me in this aspect of the case.

22              THE COURT:  Okay.  Have you had enough time to talk

23    with him about the presentence report?

24              THE DEFENDANT:  We spoke -- what was it? -- two

25    days -- just a few days ago.

1          THE COURT:  Okay.  Did you have enough time to have

2     that conversation?

3          THE DEFENDANT:  Yes.

4          THE COURT:  Okay.  So the Court will accept the facts

5     as set forth in the presentence report as my findings of fact

6     for purposes of today's sentencing.

7          Turning to the guidelines, the presentence report

8     lays out the probation office's calculation of the advisory

9     guidelines range that applies.  Starting with the statute, the

10    statutory maximum sentence for entering and remaining in a

11    restricted building or grounds, in violation of 18 U.S.C.

12    Section 1752(a)(1) is one year in prison.

13         As part of the plea agreement, the parties agree that

14    under Section 2B2.3(a), the base offense level is 4; the PSR

15    reaches the same conclusion.  As part of the plea agreement,

16    the parties further agree that under 2B2.3(b)(1), there should

17    be a 2-level enhancement because the trespass occurred at a

18    restricted building or grounds.

19         The government has represented that Mr. Bochene has

20    demonstrated acceptance of responsibility in a manner that

21    entitles him to a 2-level reduction, and so that all leads to a

22    total offense level of 4.

23         Is there a question with respect to the amendments to

24    the guidelines which took effect yesterday and whether the --

25    whether Mr. Bochene is entitled to the 2-level reduction for

1    being a zero-point offender?

2             MR. GILSENAN:  Your Honor, if I may?

3             THE COURT:  Yes, please.

4             MR. GILSENAN:  I believe it's academic to a degree

5    because then that would push his offense level down to 2, but I

6    think it still yields the same range.

7             THE COURT:  I agree with that.  I just want to make

8    sure, though, that if there's a dispute between the parties and

9    they think that I should resolve it, I'm happy to do so.  But

10   if you think it's unnecessary, that's fine too.

11            MR. GILSENAN:  Your Honor, I think it's unnecessary.

12            MS. EVE:  Your Honor, I would agree that a debate

13   with regard to the applicability of 4C1.1 is purely academic.

14   We did address whether it would be applicable in this case, and

15   for the reasons we've set forth in the sentencing memorandum,

16   we don't believe that the defendant would be entitled to a

17   further reduction of two levels.

18            But I do agree with Mr. Gilsenan that it's an

19   academic exercise, and it does not need to be taken up by the

20   Court.

21            THE COURT:  All right.  I just want to take a look at

22   the amended guideline.

23            And, Ms. Eve, is your argument that the adjustment

24   doesn't apply because the defendant used violence or credible

25   threat of violence in connection with the offense?

1          MS. EVE:  Yes, Your Honor.  In the setting of the

2     riot that occurred on January 6th, this was an overall violent

3     situation, and the defendant came armed with -- I'm not sure

4     exactly what it is, but it's a large rectangular object, which

5     I'm sure the Court had the opportunity to view in the videos

6     that were presented, and you also had the opportunity to see

7     how the defendant used that.

8          And just given the overall circumstances that existed

9     on January 6th, we don't believe that the amendment is

10    applicable.

11         THE COURT:  Okay.  Well, I will turn to this in

12    imposing sentence, and I can address it at that point in time.

13    We've skipped ahead a little bit because we're talking about

14    criminal history here.

15         But the presentence report notes that Mr. Bochene has

16    two prior convictions, but neither of those resulted in

17    criminal history points, so he is in Criminal History

18    Category I.

19         And whether we're at an Offense Level 2 or an Offense

20    Level 4 at a Criminal History Category of I, the guidelines

21    recommend a sentence of between zero and six months.

22         Under 18 U.S.C. Section 3583(b)(3), the Court may

23    impose a term of supervised release of up to 1 year.  And under

24    Section 5D1.2(a)(3) of the guidelines, the recommended term of

25    supervised release is 1 year for a defendant convicted of a

1    Class A misdemeanor.

2              Under 18 U.S.C. Section 3561(c)(2), the defendant is

3    eligible for up to 5 years of probation because the relevant

4    count is a misdemeanor.

5              And under Section 5B1.2(a)(1) of the guidelines, the

6    recommended term of probation is no more than 3 years because

7    the offense level is not -- level is not 6 or greater.

8              The maximum fine is $100,000.  And according to the

9    PSR, Mr. Bochene has not shown an inability to pay a fine in

10   this matter.  I'd be happy to hear from the parties with

11   respect to that issue when we turn to the allocutions.

12             The parties agree that Mr. Bochene should be required

13   to pay $500 in restitution to the Architect of the Capitol

14   pursuant to the plea agreement.  There's a mandatory special

15   assessment of $25.

16             Ms. Eve, anything that you would correct or clarify

17   with respect to any of that?

18             MS. EVE:  No, Your Honor.

19             THE COURT:  Mr. Gilsenan?

20             MR. GILSENAN:  No, Your Honor.

21             THE COURT:  Okay.  So neither party has requested a

22   departure, and the Court does not see a basis for a departure

23   here.  The probation office has recommended that I impose a

24   sentence of 6 months' imprisonment followed by 12 months of

25   supervised release, $500 of restitution, and a $2,000 fine, and

1    a special assessment of $25.  And that recommendation is based

2    purely on the facts and circumstances set forth in the

3    presentence report.

4         I am now required to consider the factors that

5    Congress specified in that statute that I mentioned to

6    Mr. Bochene, which is 18 U.S.C. Section 3553(a), and I have to

7    ensure that I impose a sentence that is sufficient but not

8    greater than necessary to comply with the purposes of

9    sentencing.

10         These purposes include the need for the sentence

11   imposed to reflect the seriousness of the offense, to promote

12   respect for the law, and provide just punishment for the

13   offense.  The sentence should also afford adequate deterrence

14   to criminal conduct, protect the public from future crimes of

15   the defendant, and promote rehabilitation.

16         In addition to the guidelines and policy statements,

17   the Court is required to consider the nature and circumstances

18   of the offense, the history and characteristics of the

19   defendant, the need for the sentence imposed, the guidelines

20   range, the need to avoid unwarranted sentence disparities among

21   defendants with similar records who have been found guilty of

22   similar conduct and the types of sentences available.

23         Ms. Eve, would the government like to be heard with

24   respect to the Section 3553(a) factors?

25         MS. EVE:  Your Honor, in our sentencing memorandum,

1    at great length, we have set forth our position with regard to

2    many of those factors.  I don't want to repeat anything, but I

3    will summarize for the Court that Mr. Bochene took a very long

4    time to accept responsibility in this matter, and I'm not sure

5    that he appreciated the significance of his criminal activity

6    in this case.

7          I know that when we had the plea hearing and I made

8    reference in the statement of offense the fact that the

9    defendant attempted to break a window that he took objection to

10   that.  I think the Court has had the opportunity to review the

11   video, and you see that the defendant is carrying this large

12   rectangular object and what he did with it.

13         If it were the case, as Mr. Gilsenan has represented,

14   that this was -- Mr. Bochene was pretending to -- I can't read

15   my own writing -- to do something with the window for dramatic

16   and theatrical effect, I just don't think that that is

17   consistent with what the video shows.  The defendant was just

18   unsuccessful in his attempt, in the government's opinion, to

19   break the window.

20         Other individuals were successful, and that's how --

21   Mr. Bochene was able to enter the Capitol through a window

22   broken by somebody else.

23         I think that also there's this -- there's this

24   representation that Mr. Bochene was in the Capitol for a short

25   period of time.  I disagree with that as well.  Mr. Bochene

1    entered the Capitol within a minute of the initial breach of

2    the Senate Wing -- well, I started to say entryway, but the

3    doors were broken -- but Mr. Bochene entered through a window,

4    which is not typically an entryway.  And the defendant

5    meandered unguided throughout the Capitol.

6         We've shown various locations where the defendant

7    was.  And it was from -- from everything that I know is that

8    Mr. Bochene only exited the building when the Capitol Police

9    started rounding up people and forcing them out of the

10   building.  And so Mr. Bochene spent approximately 17 minutes

11   inside the Capitol before he exited on the opposite side of the

12   building through the Senate carriage doorway.

13        There is nothing about Mr. Bochene's behavior on

14   January 6th that is insignificant.  So with regard to the

15   nature of the offense, I will now address the history and

16   characteristics of this defendant.

17        This is a defendant that held himself out to be

18   somebody who could comply with the Court's orders, and the

19   Court learned that Mr. Bochene either could not or did not do

20   that.  He failed to file certain things as ordered by the

21   Court.  He failed to appear for the status conference that was

22   held in Washington, D.C., on July 18th, even after he was given

23   the opportunity to participate by video.

24        And this was not just a minor oversight.  As I

25   indicated previously to the Court, as well as in the sentencing

1    memorandum, I tried to gain contact with Mr. Bochene while he

2    was representing himself.  The telephone didn't work, emails

3    didn't work; and at my request, FBI agents went to his home and

4    had a conversation with him, and that was before the July 18th

5    hearing.  And even though he had been given every bit of notice

6    that we possibly could afford him, he failed to appear and to

7    also notify the Court.

8            I also question Mr. Bochene's lack of credibility.  I

9    had a conversation with the probation office with regard to

10   this fact, that -- does the defendant have a military history

11   or not?  And I think that that question has gone unanswered.

12           I think that the sentence -- whatever sentence that

13   the Court will impose is going to serve as a deterrent to the

14   defendant for any further criminal activity, but I also believe

15   that, as the government has recommended, as well as the

16   probation office, that a one-year period of supervised release

17   is more than appropriate in this case.

18           I rely in further order with regard to the statements

19   that the government has set forth in its sentencing memorandum.

20           THE COURT:  All right.  And what conditions do you

21   suggest I impose during any period of supervision?

22           MS. EVE:  I've read Mr. Gilsenan's sentencing

23   memorandum, and he's indicated in there that Mr. Bochene is not

24   working and that he needs to find a job.

25           And so during the period of supervised release, I

1    would ask the defendant be in contact with the probation office

2    as they determine necessary, but that --

3              THE COURT:  I guess in particular -- in particular, I

4    was curious what your view is as to whether I should include a

5    mental health treatment condition.

6              MS. EVE:  Well, I think that that certainly should be

7    considered by the Court.  I know that Mr. Bochene has

8    previously been examined, but that was solely for the purpose

9    of determining whether or not he was competent to represent

10   himself.

11             But given a lot of the behavior of the defendant, I

12   don't think that that's uncalled for.

13             THE COURT:  All right.  Anything else?

14             MS. EVE:  No, Your Honor.

15             THE COURT:  All right.  Mr. Gilsenan?

16             MR. GILSENAN:  Your Honor, I don't believe that there

17   is any competent evidence before the Court suggesting that

18   Mr. Bochene suffers from any mental illness.

19             Mr. Bochene has demonstrated that he has an eccentric

20   personality, that he may be appropriately characterized as

21   offbeat or unusual.  I don't think that there is any proof or

22   basis for him to be subjected to mental health treatment.

23             I rely on my papers otherwise for our position that a

24   year of supervised release is unnecessary in this case.

25   Otherwise, I generally disagree with everything else the

1    government said, Your Honor, and rely on my papers.

2         THE COURT:  With respect to the mental health issue,

3    you know, I agree with you.  I don't think there's any reason

4    to think that Mr. Bochene is incompetent, but the -- my

5    understanding is that, as part of the proceedings in New York

6    relating to the incident with his daughter, that he was

7    directed there to appear, I think, for a mental health

8    examination and just declined to do that.

9         And there is some area of concern where -- there are

10   some inconsistencies, for example, from Mr. Bochene about

11   whether he served in the military, did not serve in the

12   military.  And I suppose, just based on my observations, I do

13   wonder whether there may be some issues there.

14        The reason I'm raising this is I wonder whether

15   during his term of supervision there may be some safety

16   concerns involved where at least some examination would be

17   appropriate of his mental health just to make sure that he's

18   not suffering from a condition that could pose a danger.  And I

19   raise that because of the allegations at least with respect to

20   his daughter in New York.

21        And if there's some reason to believe that he may

22   have assaulted his daughter and there's some reason to have

23   questions at least about mental health, I'm just wondering, as

24   a matter of ensuring that he is able to complete any term of

25   supervision without engaging in any violence or threat to the

1    community, it could be helpful to probation to know whether

2    they are dealing with somebody who has a mental health issue

3    that needs to be treated or not.

4         And maybe it would be helpful for me to hear just

5    from probation on this to see if probation has a view on the

6    question.

7         THE PROBATION OFFICER:  Good morning, Your Honor.

8    Probation agrees with your assessment.  That was the basis of

9    our recommendation; the fact that he was ordered by the local

10   courts in New York for the assessment and he failed to show up,

11   coupled with the troubling alleged conduct involving his

12   daughter, and the general inconsistencies during the

13   presentence interview.

14        Probation notes that mental health isn't

15   immediately -- like, he will have an assessment by a

16   professional, and then that professional will determine from

17   there what avenue is best.  It's not a blanket of, you know,

18   treatment.

19        It is a joint effort with all of the stakeholders to

20   determine what is the best, if any, action that needs to be

21   taken.

22        THE COURT:  All right.  Thank you.

23        Mr. Gilsenan, anything else on that topic or anything

24   else that you want to raise?

25        MR. GILSENAN:  Yes, Your Honor.  Having practiced in

1    the state courts of New York State for about five years prior,

2    I know of no mechanism where a town or village justice court

3    has the ability to direct anyone to have a mental health

4    examination.  I don't know where that claim came from.  Maybe a

5    family court does in each particular county.

6              But I'm aware of no family court proceedings going on

7    involving Mr. Bochene or his daughter.  So I would ask the

8    Court to discredit that claim that a local municipal

9    justice-type court asked him to do this and he hasn't.  I've

10   never heard of that before.

11             Also, Your Honor, I don't have his DD-214.  I think

12   that's the nomenclature here.  But probation, presumptively,

13   has access to that or could have sought access to that to

14   clarify any issues regarding his military service.

15             I don't believe Mr. Bochene, as he's described to me,

16   was in the service for very long.  It ended probably short of a

17   typical term of service that one might have.  I don't know what

18   his status was on discharge.

19             But I think we -- I don't think that's a basis to

20   assume he has mental health issues.

21             THE COURT:  All right.  And what about the assault or

22   alleged assault -- I can't remember which it is -- on his

23   daughter?

24             MR. GILSENAN:  Your Honor, again, from my review of

25   the paperwork in the charging documents, it, essentially, seems

1    to be evidentiary -- to put it bluntly, a he said/she said

2    between his daughter, minor child, and him.

3         Mr. Bochene has made known to me that his daughter

4    herself suffers from some mental health and adjustment issues

5    stemming from her time in China during the COVID lockdowns when

6    she was unable to leave her home for extended periods of time.

7         I don't believe that the case is going to go forward.

8    After discussing the matter with Mr. Bochene's public defender

9    in Oneida County, New York, here, it looks likely that the case

10   will be dismissed without a conviction.

11        THE COURT:  But the Court did enter a stay-away

12   order, correct?

13        MR. GILSENAN:  It did, yes.

14        THE COURT:  And Mr. Bochene is living with his father

15   now; is that right?

16        MR. GILSENAN:  Your Honor, Mr. Bochene has been

17   incarcerated --

18        THE COURT:  Fair enough.

19        MR. GILSENAN:  -- since late July.

20        THE COURT:  Fair enough.  I guess the question is

21   where he would live afterwards.  Mr. Walters.

22        THE PROBATION OFFICER:  So I'm -- to Mr. -- to

23   defense counsel's question, we received information from the

24   New York Probation Office, and I pulled it real quick.  It

25   looks like it was the -- it was through the Oneida County

1     Department of Mental Health based on an order by Judge Kevin E.

2     Copeland of the Oneida County Town Court, New Hartford Town

3     Court, ordered the mental health assessment.

4           Oneida County Department of Mental Health wrote the

5     Court back saying that the defendant failed to appear.

6           THE COURT:  Okay.  Thank you.

7           MR. GILSENAN:  Again, I know of no proceeding where a

8     county mental health -- unless he's going to be involuntarily

9     committed and mental health arrested and taken into custody,

10    I've never heard of such a proceeding.

11          Again, I've never practiced extensively in Oneida

12    County where this allegedly all occurred, but I've never heard

13    of such a thing.

14          THE PROBATION OFFICER:  I'm happy to -- if the Court

15    orders it, I can provide the records.

16          THE COURT:  All right.  Mr. Gilsenan, anything else

17    on any other topic you want to raise?

18          MR. GILSENAN:  No, Your Honor.

19          THE COURT:  Okay.  Mr. Bochene, you're entitled to

20    address the Court.  You're welcome to do so if you'd like to.

21          You're on mute still, I think.  That's fine.  Take

22    your time.

23          (Brief pause.)

24          THE DEFENDANT:  Can --

25          THE COURT:  I can hear you.

1        THE DEFENDANT:  I'm surrounded by guys -- I need to

2   mute and unmute when I'm not talking.  Oh, my God.  Well,

3   unbelievable.

4        I'm going to be unable to mute again.  So if it

5   causes a -- they took the mouse away again.

6        THE COURT:  Okay.  That's fine.

7        THE DEFENDANT:  So I -- now I'm frazzled.  It's

8   unbelievable.

9        THE COURT:  Mr. Bochene, let me suggest, why don't

10  you just take a moment and just take a deep breath and relax

11  for a moment.

12       I don't want you to feel frazzled when you're making

13  your presentation to the Court.  So just take a minute.

14       THE DEFENDANT:  I'm fine.  I just -- it's amazing.

15  It's unbelievable.

16       The question was before me -- what was the question

17  posed to myself?

18       THE COURT:  The question is, simply, anything you

19  want to tell me relating to sentencing, anything you want me to

20  know, any statement you'd like to make, I'm happy to hear it.

21       THE DEFENDANT:  Well, you know, the narratives being

22  laid out, I comprehend what's going on with that.  I guess I

23  can add, in terms of military service, it's quite -- quite odd

24  to me that the U.S. Government would not know whether I was a

25  veteran or not.  Material I got from the FBI under veteran's

1     status, unknown.

2              I graduated from Parris Island in the summer of 1989.

3     That's Marine Corps Recruit Depot, Parris island.  Many family

4     members have been in the -- mostly Marine Corps, including my

5     younger brother, grandfather, uncles.

6              I did not stay long in the Marine Corps because I

7     read a book by Smedley Butler, General Smedley Butler, one of

8     the most decorated marines in history, entitled *All War is a*

9     *Racket*.  So when I learned about what war is and is not, I

10    found that I could -- I could not consciously serve in the U.S.

11    military, as I am a man of peace.

12             So I received an honorable medical discharge.  That's

13    all I can say in terms of military service.

14             THE COURT:  What was the basis for the medical

15    discharge?

16             THE DEFENDANT:  I have a curvature of the spine.

17             THE COURT:  Okay.

18             THE DEFENDANT:  It made it really hard to carry all

19    that -- the gear and things.  I was not very healthy.

20             But, yeah, basically, I could not consciously stay in

21    the Marine Corps.  It just was against my convictions of --

22    spiritual convictions, especially reading that very book by

23    Smedley Butler, *All War is a Racket*.

24             In terms of the law and my candor, I don't know if

25    the government is aware that during the Bush Administration, I

1    was involved with the coalition for the international criminal

2    court in New York City, which was an advocate for the

3    international criminal court in the Hague.  Again, I'm a man of

4    peace.  I do not appreciate the wars that the United States has

5    engaged in -- well, pretty much my entire life.  I'm not

6    anti-war.  I don't like that term.  I'm pro-peace.

7              The anti- -- you're anti-war -- I'm a man of peace.

8    One of my most -- probably one of the most impactual [sic]

9    books I ever read in regards to the law was *The Law of Nations*.

10   I don't know if you're familiar with that, Judge.  Are you

11   familiar with that book?

12             THE COURT:  I'm sorry.  Which book is that?

13             THE DEFENDANT:  *The Law of Nations*.

14             THE COURT:  I don't know if I'm familiar with a book

15   called *The Law of Nations*, but I am familiar with the law of

16   nations as a legal concept.

17             THE DEFENDANT:  Yeah.  It's H.M. Grotius [phonetic]

18   1800s, a French law -- law style.  That book impacted me

19   greatly, *The Law of Nations*.  I think it's -- it's a shame that

20   it's not taught in -- from what I gather, in law school, let

21   alone high school.  It's one of the most poignant books to me

22   about what the law is and how nations should conduct

23   themselves.

24             I would like to see a world move -- a lot of people

25   accuse me of being a leftist because of that, or a communist,

1    but I don't know how peace is owned by one political narrative

2    or the other.  That's pretty much what I have to say on those

3    things.

4         THE COURT:  All right.  Anything else you want to say

5    on any other topic?

6         THE DEFENDANT:  No.  Am I missing anything?  Maybe --

7    John, am I missing anything?

8         MR. GILSENAN:  No.  Eric, I think you've said it all.

9    We appreciate your comments.

10        THE DEFENDANT:  I tried to keep it short and just to

11   the point.

12        THE COURT:  Well, thank you, Mr. Bochene.

13        THE DEFENDANT:  Again, I'm going to -- I'm sorry.

14   I'm unable to mute this mic because they've taken the mouse.  I

15   can't --

16        THE COURT:  Well, hopefully, that won't be a problem

17   as we go forward.

18        Ms. Eve, anything else before I impose sentence?

19        MS. EVE:  Your Honor, I still have questions with

20   regard to Mr. Bochene's credibility, particularly his

21   representations with regard to international criminal court.

22   But I have nothing further to add to the issues that are before

23   the Court and for sentencing.

24        THE COURT:  All right.  Mr. Gilsenan, anything else?

25        MS. EVE:  I will have a motion at the conclusion.

1          THE COURT:  Okay.  Thank you.  Mr. Gilsenan, anything

2     else?

3          MR. GILSENAN:  No Your Honor.

4          THE COURT:  Mr. Walters?

5          THE PROBATION OFFICER:  No, Your Honor.  I'm happy to

6     answer any questions you have, though.

7          THE COURT:  All right.  Well, thank you.  So I've

8     assessed the particular facts of the case in light of the

9     3553(a) factors, including the sentencing guidelines, and I

10    want to provide some explanation of my thinking both for the

11    record and for Mr. Bochene.  Let me start with the nature of

12    the offense.

13          Every time I watch the videos from that day, I'm

14    reminded of how horrific the events of that day were.  I don't

15    remember any other time in my lifetime -- and, quite frankly,

16    there have been very few times in the history of this nation --

17    where we've seen anything like that in terms of an assault on

18    democracy itself and people who were just unhappy with the

19    results of an election, who took it on themselves to show up at

20    the United States Capitol in the midst of the solemn event of

21    the certification of the election results; and to not simply

22    engage in peaceful protest, but to engage in an array of

23    criminal conduct, all of which either had the purpose or the

24    effect of interfering with the ability of the Congress to

25    certify the election.

1          And to this day, it astounds me that the United

2     States Congress had to actually cease functioning and had to

3     stop performing the solemn duty of certifying the election

4     because of this assault on democracy.  And it's a stain on this

5     country's history.  It's a stain on democracy.  I only hope

6     that we learn the lessons from this event, and we never let

7     anything like this ever, ever happen again.

8          With respect to Mr. Bochene's conduct that day, quite

9     frankly, I've seen people who were charged who did things that

10    were considerably more heinous, and I've seen people who were

11    charged who did things that were less troubling.

12         Mr. Bochene is charged with a misdemeanor, which

13    reflects the government's assessment that he is on the lower

14    side of the continuum of conduct that day.  But I don't think,

15    by any means, he's at the lowest end of the conduct involving

16    misdemeanors.

17         I've reviewed the video, and my perception from

18    reviewing the video is that he did make an attempt to break the

19    window.  It may have not been a very effective attempt,

20    fortunately, but I don't think that he was just goofing around

21    or hamming it up for anyone by pretending to be striking at the

22    window.  He was striking at the window with an object he was

23    carrying with him; did it multiple times.  It may have been a

24    fairly feeble attempt to break the window, but it was an

25    attempt to break the window.

1     And then he entered the building by climbing through

2     a broken window, which is not how one would ordinarily think

3     you enter the United States Capitol.  I know at times he's

4     indicated to me or suggested that he was simply acting as a

5     reporter, and I don't think that's credible.

6     With respect to the characteristics of the offender,

7     this is a difficult issue for me.  This is the reason why I've

8     raised the question about a mental health examination because

9     I'm not entirely sure what it is that causes Mr. Bochene to

10    behave the way he has behaved, both on that day, as well as in

11    the proceedings before the Court.

12    Mr. Bochene was taken into custody because he failed

13    to comply with the Court's order, and he failed to appear as he

14    was required to.  I do have some concerns about the issues

15    relating to the alleged assault involving Mr. Bochene's

16    daughter, but I'm not going to consider that for purposes of

17    imposing my sentence because they remain unadjudicated.  The

18    facts are not in front of me, and I'm not in a position to make

19    findings, and I'm not going to consider that for purposes of my

20    sentencing.

21    With respect to whether the adjustment for zero-point

22    offenders is available here, that all turns on whether

23    Mr. Bochene engaged in violent behavior or whether his conduct,

24    as charged here, was violent.

25    I'm not persuaded by the argument that the

1    government, I think, has at least alluded to that everyone

2    there that day was somehow engaged in violence because the

3    overall events of that day were violent.  I think that that is

4    treating each individual as though they're responsible for the

5    actions of others, and I don't -- I don't think that's

6    consistent with the law or the guidelines.

7         I think it's a closer question as to whether

8    Mr. Bochene engaged in violence because he did swing repeatedly

9    that object at a window, attempting to break the window.

10   Ultimately, I don't think I need to decide whether that

11   constitutes violence because I would impose the same sentence

12   whether he's at Level 2 or Level 4 because I can just myself

13   consider the swinging of the object at the window, regardless

14   of how the guidelines treated it, and it strikes me as a little

15   bit artificial to try and put it into one box or another for

16   the purposes of the guidelines since the guidelines sentence

17   remains the same either way.  It makes no difference to me

18   whether it's 2 or 4.  I would simply consider the swinging of

19   the object at the window for purposes of my sentencing.

20        With respect to the types of sentences available, as

21   I've indicated, the probation office has recommended a sentence

22   of six months, which is at the high end of the guidelines; 12

23   months of supervision; a $2,000 fine; $500 in restitution; and

24   a special assessment of $25.

25        The government has requested that the Court impose a

1    sentence of 90 days' incarceration and 12 months of

2    supervision; 60 hours of community service; and $500 of

3    restitution.

4          And Mr. Bochene's counsel has requested the Court

5    impose a sentence of 90 days' incarceration and the agreed-upon

6    $500 in restitution, but rejects to any period of supervision,

7    fine, or community service.

8          Let me ask, Mr. Gilsenan, with respect to that, the

9    probation office has indicated that Mr. Bochene has not

10   demonstrated to the probation office's satisfaction that he

11   doesn't have the ability to pay a fine.  I know he's currently

12   unemployed.

13         So I'm curious, Mr. Gilsenan, as to what your view is

14   as to whether Mr. Bochene does have the ability to pay a fine?

15         MR. GILSENAN:  Your Honor, I'm of the opinion, based

16   on my discussions with Mr. Bochene, that he does not have the

17   ability to pay a fine right now.  He's been unemployed now, I

18   believe, for over six months.

19         In addition to -- or prior to his incarceration, he

20   was unemployed.  I don't believe he has the funds and is in a

21   position to do that.

22         THE COURT:  There's some suggestion that he may have

23   funds that he and his wife earned in China and that they have

24   savings from that.  Do you know anything about that?

25         MR. GILSENAN:  I'm unaware of that, Your Honor.

1          THE COURT:  Okay.  Anything else from probation on

2    that question as to whether there are funds there, or is this

3    the question that Mr. Bochene didn't complete the financial

4    paperwork?

5          THE PROBATION OFFICER:  Your Honor, during the

6    presentence interview, he noted that he and his wife's

7    import/export business is still operational.  That is how

8    they're -- that's how they're receiving funds.  I know they're

9    in his wife's name.  But they do own assets in China, property

10   in China, as well as the property in the United States.

11          So he hasn't displayed otherwise that there is --

12   there are no assets.  He's indicated that his -- their business

13   is up and running overseas and that they work remotely.  She's

14   running it from the United States, and that's how they're

15   generating income.

16          THE COURT:  Mr. Gilsenan, anything else in response

17   to that?

18          MR. GILSENAN:  Your Honor, again, I don't believe he

19   has access to those funds.  I'm not even sure if those -- as

20   much as --

21          (Technical difficulties.)

22          THE COURT:  I'm sorry.  The court reporter is getting

23   feedback.  If you could say that one more time.  And if there's

24   anybody at the jail who can mute the microphone, I would

25   appreciate it.

1          THE DEFENDANT:  Again, I knew this was going to

2     happen.  Let me go get them.  Hold on.

3          (Brief pause.)

4          THE DEFENDANT:  They're refusing to give me a -- this

5     is ridiculous.  Can I -- they're being difficult.

6          THE COURT:  Okay.  Well, maybe, Mr. Gilsenan, we can

7     just try again.  And if you can just make sure you go slowly

8     and speak as clearly as you possibly can.

9          MR. GILSENAN:  Yes, Your Honor.  I don't think he has

10    access to any of that money, if it exists.

11         THE COURT:  Okay.  Thank you.

12         All right.  So I'm going to impose sentence now.

13    Pursuant to the Sentencing Reform Act of 1984 and in

14    consideration of the provisions of 18 U.S.C. Section 3553, as

15    well as the Advisory Sentencing Guidelines, it's the judgment

16    of the Court that you, Eric Bochene, are hereby committed to

17    the custody of the Bureau of Prisons for a term of 90 days as

18    to Count 1.

19         You are further sentenced to serve 12 months of

20    supervised release as to Count 1.  In addition --

21         THE DEFENDANT:  Pardon me.  Now there's a radio in

22    here.  I cannot hear.  Did you hear that?

23         THE COURT:  I did not.

24         THE CORRECTIONAL OFFICER:  Explain the reasons why

25    he's not allowed to have a mouse.  It's due to privacy and

1   suicide precautions.  Not saying he is suicidal, but there are

2   people who use the mouse -- the cord of the mouse to wrap

3   around their neck.  So in order to prevent that, we take the

4   mouse out of the room.

5           Now, if you are stating that he needs one to mute it,

6   to mute the mic on the computer, I mean, we can try to adjust

7   to that.  But if it is not needed, then we won't provide one

8   for him.

9           THE COURT:  Well, I do need somebody to mute, either

10  him to be able to mute or an officer there who can mute it.

11          THE CORRECTIONAL OFFICER:  I am the officer.  I can't

12  be in the room because it's for his privacy.  This is his court

13  case.

14          If you're saying that I can get a supervisor to get

15  permission, if that's absolutely called for --

16          THE DEFENDANT:  I think if he's asking if the Court

17  is confident that I'm not going to kill myself with a mouse or

18  something --

19          THE COURT:  I don't have any reason to think that

20  you're going to hurt yourself.  I also think -- we're almost

21  done here.  If the officer can simply mute the microphone, I

22  think we can finish up and that won't be a problem.

23          THE DEFENDANT:  It's coming.  It's coming.

24          THE COURT:  Okay.

25          THE DEFENDANT:  There should be a touch screen or

1    something, I guess.

2          MR. GILSENAN:  The officer could stay in the room

3    with you.

4          THE DEFENDANT:  He said their policy, they can't do

5    that because of my privacy.  It's here.  Give me one second.

6          Thank you, sir.  Okay.  I'm muting right now.  I

7    guess we can back up there.  I didn't --

8          THE COURT:  I'm happy to repeat what I said.

9    Pursuant to the Sentencing Reform Act of 1984 and in

10   consideration of the provisions of 18 U.S.C. Section 3553, as

11   well as the Advisory Sentencing Guidelines, it is the judgment

12   of the Court that you, Eric Bochene, are hereby committed to

13   the custody of the Bureau of Prisons for a term of 90 days as

14   to Count 1.

15         You're further sentenced to serve 12 months of

16   supervised release as to Count 1.  In addition, you're ordered

17   to pay a special assessment of $25 in accordance with 18 U.S.C.

18   Section 3013.

19         While on supervision, you shall abide by the

20   following mandatory conditions, as well as all discretionary

21   conditions recommended by the probation office in Part D,

22   sentencing options, of the presentence report, which are

23   imposed to establish the basic expectations for your conduct

24   while on supervision and which I hereby incorporate.

25         The mandatory conditions include:  You must not

1    commit another federal, state, or local crime.  You must not

2    unlawfully possess a controlled substance.  The mandatory drug

3    testing condition is suspended based on the Court's

4    determination that you pose a low risk of further substance

5    abuse.  You must make restitution in accordance with 18 U.S.C.

6    Sections 3663 and 3663(a) or any other statute authorizing a

7    sentence of restitution.

8           You're ordered to make restitution to the Architect

9    of the Capitol in the amount of $500.  The Court determines

10   that you do not have the ability to pay interest and,

11   therefore, I waive any interest or penalties that may accrue on

12   the balance.

13          You may pay the financial penalty in accordance with

14   the schedule of payments sheet of the judgment.  You must also

15   notify the Court of any changes in economic circumstances that

16   might affect the ability to pay the financial penalty.

17          Having assessed the defendant's ability to pay,

18   payment of the total criminal monetary penalty is due as

19   follows:  Payment in equal monthly installments of $100 a month

20   to commence after the date of this judgment.  You must provide

21   the probation officer access to all requested financial

22   information and authorize the release of any financial

23   information.  The probation office may share financial

24   information with the United States Attorney's Office.  You must

25   not incur new credit charges or open additional lines of credit

1    without the approval of your probation officer.

2         You must -- I am going to order a mental health

3    treatment condition.  You must participate in a mental health

4    treatment program and follow the rules and regulations of that

5    program.  The probation officer, in consultation with the

6    treatment provider, will supervise your participation in that

7    program, including provider, location, modality, duration,

8    intensity, et cetera.

9         Firearms restriction.  You shall remove any and all

10   firearms, destructive devices, or other dangerous weapons from

11   areas over which you have access or control until the term of

12   supervision expires.

13        Restitution payments shall be made to the Clerk of

14   the Court for the United States District Court, District of

15   Columbia for disbursement to the following victims:  Architect

16   of the Capitol, Office of the Chief Financial Officer, Ford

17   House Office Building, Room 52-205B, Washington, D.C., 20515,

18   in the amount of $500.  The financial obligations are

19   immediately payable to the Clerk of the Court for the United

20   States District Court, 333 Constitution Avenue Northwest,

21   Washington, D.C., 20001, subject to the schedule that I've

22   specified.  Within 30 days of any change of address, you shall

23   notify the Clerk of the Court of the change until such time as

24   the financial obligation is paid in full.

25        In addition, the Court imposes a requirement of

1    60 hours of community service subject to the approval of your

2    supervising officer to be completed during the term of your

3    supervision.

4            The probation office shall release the presentence

5    investigation report to all appropriate agencies, which

6    includes the United States Probation Office in the approved

7    district of residence.  And in order to execute the sentence of

8    the Court, the treatment agency shall return the presentence

9    report to the probation office upon the defendant's completion

10   or termination from treatment.

11           You can appeal your conviction to the United States

12   Court of Appeals for the D.C. Circuit if you believe that your

13   guilty plea was somehow unlawful or involuntary or if there's

14   some other fundamental defect in the proceeding that was not

15   waived in your plea agreement.

16           Under some circumstances the defendant also has a

17   right to appeal the sentence -- their sentence to the D.C.

18   Circuit.  The defendant may waive that right as part of a plea

19   agreement; however, you have entered into a plea agreement

20   which waives some of your rights to appeal the sentence itself.

21   Such waivers are generally enforceable.  But if you believe the

22   waiver itself is not valid, you can present that theory to the

23   appellate court.

24           The Court finds that you do not have the ability to

25   pay a fine, and, therefore, I waive imposition of a fine in

1      this case.

2                      Pursuant to 28 U.S.C. Section 2255, you also have a

3      right to challenge your conviction or sentence to the extent

4      permitted by statute and by your plea agreement.  Any notice of

5      appeal must be filed within 14 days of entry of judgment or

6      within 14 days of the filing of a notice of appeal by the

7      government.

8                      If you're unable to afford the cost of an appeal, you

9      may request permission from the Court to file an appeal without

10     cost to you.  On appeal, you may also apply for court-appointed

11     counsel.

12                     Are there any objections to the sentence that have

13     not already been noted for the record.  Ms. Eve?

14                     MS. EVE:  No, Your Honor.

15                     THE COURT:  Mr. Gilsenan?

16                     MR. GILSENAN:  Yes, Your Honor.  For the record, I

17     object to the mental health component.  But, otherwise, no

18     objections.

19                     THE COURT:  Okay.  That objection was previously

20     noted.  So that's fine.

21                     Anything else from probation before we adjourn?

22                     THE PROBATION OFFICER:  No, Your Honor.

23                     THE COURT:  All right.  Ms. Eve, do you have a

24     motion?

25                     MS. EVE:  Yes, I do, Your Honor.  The government

1    moves for the dismissal of Counts 2, 3, and 4 of the

2    information.

3              THE COURT:  Okay.  And that's fine.  I should

4    probably note just for the sake of the record to be complete

5    about this, in light of Mr. Gilsenan's objection for the

6    record, my reason for imposing the mental health condition is

7    based on my observation of Mr. Bochene over a period of many

8    months and a concern that mental health conditions may

9    interfere with his ability to comply with the conditions of his

10   supervision.

11             I want to make sure we're on top of those to start

12   with if there's a problem rather than waiting until there's a

13   violation and we're dealing with a violation.  I have noted

14   based on my own personal observations that there are reasons to

15   be concerned about Mr. Bochene's mental health.

16             And in reaching that conclusion, I'm not relying on

17   the fact that Oneida County may or may not have ordered that he

18   undergo a mental health evaluation that he didn't comply with,

19   but I think that there is enough here to be concerned that

20   Mr. Bochene may be suffering from some mental health issues,

21   and I think that, without getting into the details of that,

22   this is not, by any means, a new observation from the Court.

23   This is something that I've expressed questions about over a

24   period of months in this litigation.

25             And so that's my basis for imposing that condition.

1      All right.  Anything else anybody else wants to raise before we

2      adjourn?

3                  MS. EVE:  Nothing from the government, Your Honor.

4                  MR. GILSENAN:  No, Your Honor.  Thank you.

5                  THE COURT:  All right.  Good luck to you,

6      Mr. Bochene.  I hope that we don't have reason to see you

7      again.  I assume that's probably your hope as well.  So good

8      luck, and do your best to make sure you're in compliance.

9                  THE DEFENDANT:  All right.  Have a good day.  Yes.

10     John, are you --

11                 MR. GILSENAN:  I have another court appearance I'm

12     already ten minutes late for.  Talk to you soon.

13                 THE COURT:  Thank you, all.

14                 (The hearing adjourned at 11:10 a.m.)

15

16

17

18

19

20

21

22

23

24

25

```
1                    CERTIFICATE OF OFFICIAL COURT REPORTER

2

3             I, TAMARA M. SEFRANEK, do hereby certify that the

4       above and foregoing constitutes a true and accurate transcript

5       of my stenographic notes and is a full, true and complete

6       transcript of the proceedings to the best of my ability.

7                  Dated this 11th day of December, 2023.

8

9                          /s/ Tamara M. Sefranek_____
                           Tamara M. Sefranek, RMR, CRR, CRC
10                         Official Court Reporter
                           Room 6714
11                         333 Constitution Avenue, N.W.
                           Washington, D.C.  20001
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

## $

**$100** [1] - 33:19
**$100,000** [1] - 9:8
**$2,000** [2] - 9:25, 27:23
**$25** [4] - 9:15, 10:1, 27:24, 32:17
**$500** [7] - 9:13, 9:25, 27:23, 28:2, 28:6, 33:9, 34:18

## /

**/s** [1] - 39:9

## 1

**1** [6] - 8:23, 8:25, 30:18, 30:20, 32:14, 32:16
**10:10** [1] - 1:6
**11:10** [1] - 38:14
**11th** [1] - 39:7
**12** [6] - 3:4, 9:24, 27:22, 28:1, 30:19, 32:15
**13202** [1] - 1:18
**1331** [1] - 1:15
**14** [2] - 36:5, 36:6
**17** [1] - 12:10
**1752(a)(1** [1] - 6:12
**1752(a)(1)** [1] - 2:22
**18** [10] - 2:22, 4:21, 6:11, 8:22, 9:2, 10:6, 30:14, 32:10, 32:17, 33:5
**1800s** [1] - 22:18
**18th** [2] - 12:22, 13:4
**19106** [1] - 1:13
**1984** [2] - 30:13, 32:9
**1989** [1] - 21:2
**1:21-CR-418** [1] - 1:3

## 2

**2** [6] - 1:6, 7:5, 8:19, 27:12, 27:18, 37:1
**2-level** [3] - 6:17, 6:21, 6:25
**20001** [3] - 1:24, 34:21, 39:11
**20004** [1] - 1:15
**202-354-3246** [1] - 1:24
**2023** [3] - 1:6, 5:1, 39:7
**20515** [1] - 34:17
**21-418** [1] - 2:3
**2255** [1] - 36:2

**26** [1] - 5:1
**28** [1] - 36:2
**2B2.3(a** [1] - 6:14
**2B2.3(b)(1** [1] - 6:16

## 3

**3** [2] - 9:6, 37:1
**30** [1] - 34:22
**3013** [1] - 32:18
**333** [3] - 1:23, 34:20, 39:11
**3553** [2] - 30:14, 32:10
**3553(a** [3] - 10:6, 10:24, 24:9
**3553(a)** [1] - 4:21
**3561(c)(2** [1] - 9:2
**3583(b)(3** [1] - 8:22
**3663** [1] - 33:6
**3663(a** [1] - 33:6
**3rd** [1] - 1:18

## 4

**4** [7] - 1:17, 6:14, 6:22, 8:20, 27:12, 27:18, 37:1
**43(b)(2** [1] - 2:25
**4C1.1** [1] - 7:13

## 5

**5** [1] - 9:3
**52-205B** [1] - 34:17
**5B1.2(a)(1** [1] - 9:5
**5D1.2(a)(3** [1] - 8:24

## 6

**6** [1] - 9:7, 9:24
**60** [2] - 28:2, 35:1
**615** [1] - 1:12
**6714** [2] - 1:23, 39:10
**6th** [3] - 8:2, 8:9, 12:14

## 9

**90** [4] - 28:1, 28:5, 30:17, 32:13

## A

**a.m** [2] - 1:6, 38:14
**abide** [1] - 32:19
**ability** [11] - 17:3, 24:24, 28:11, 28:14, 28:17, 33:10, 33:16, 33:17, 35:24, 37:9, 39:6
**able** [3] - 11:21, 15:24,

31:10
**absolutely** [1] - 31:15
**abuse** [1] - 33:5
**academic** [3] - 7:4, 7:13, 7:19
**accept** [2] - 6:4, 11:4
**acceptance** [1] - 6:20
**access** [6] - 17:13, 29:19, 30:10, 33:21, 34:11
**accompanied** [1] - 2:8
**accordance** [3] - 32:17, 33:5, 33:13
**according** [1] - 9:8
**accrue** [1] - 33:11
**accurate** [1] - 39:4
**accuse** [1] - 22:25
**Act** [2] - 30:13, 32:9
**acting** [1] - 26:4
**action** [1] - 16:20
**Action** [1] - 1:2
**actions** [1] - 27:5
**activity** [2] - 11:5, 13:14
**add** [2] - 20:23, 23:22
**addition** [5] - 10:16, 28:19, 30:20, 32:16, 34:25
**additional** [2] - 3:15, 33:25
**address** [6] - 4:17, 7:14, 8:12, 12:15, 19:20, 34:22
**adequate** [1] - 10:13
**adjourn** [2] - 36:21, 38:2
**adjourned** [1] - 38:14
**adjust** [1] - 31:6
**adjustment** [3] - 7:23, 18:4, 26:21
**Administration** [1] - 21:25
**advisory** [1] - 6:8
**Advisory** [2] - 30:15, 32:11
**advocate** [1] - 22:2
**affect** [1] - 33:16
**afford** [3] - 10:13, 13:6, 36:8
**afterwards** [1] - 18:21
**agencies** [1] - 35:5
**agency** [1] - 35:8
**agents** [1] - 13:3
**ago** [1] - 5:25
**agree** [7] - 6:13, 6:16, 7:7, 7:12, 7:18, 9:12, 15:3
**agreed** [1] - 28:5
**agreed-upon** [1] -

28:5
**agreement** [10] - 3:3, 3:4, 4:8, 6:13, 6:15, 9:14, 35:15, 35:19, 36:4
**agrees** [1] - 16:8
**ahead** [1] - 8:13
**allegations** [1] - 15:19
**alleged** [3] - 16:11, 17:22, 26:15
**allegedly** [1] - 19:12
**allocutions** [1] - 9:11
**allowed** [1] - 30:25
**alluded** [1] - 27:1
**almost** [1] - 31:20
**alone** [1] - 22:21
**amazing** [1] - 20:14
**amended** [1] - 7:22
**amendment** [1] - 8:9
**amendments** [1] - 6:23
**AMERICA** [1] - 1:2
**America** [1] - 2:3
**amount** [2] - 33:9, 34:18
**Anita** [1] - 2:7
**ANITA** [1] - 1:11
**answer** [1] - 24:6
**anti** [3] - 22:6, 22:7
**anti-war** [2] - 22:6, 22:7
**appeal** [8] - 35:11, 35:17, 35:20, 36:5, 36:6, 36:8, 36:9, 36:10
**Appeals** [1] - 35:12
**appear** [5] - 12:21, 13:6, 15:7, 19:5, 26:13
**appearance** [1] - 38:11
**appellate** [1] - 35:23
**applicability** [1] - 7:13
**applicable** [2] - 7:14, 8:10
**applies** [1] - 6:9
**apply** [3] - 4:15, 7:24, 36:10
**appointed** [1] - 36:10
**appreciate** [3] - 22:4, 23:9, 29:25
**appreciated** [1] - 11:5
**appropriate** [4] - 4:15, 13:17, 15:17, 35:5
**appropriately** [1] - 14:20
**approval** [2] - 34:1, 35:1
**approved** [1] - 35:6
**Architect** [2] - 9:13,

33:8
**architect** [1] - 34:15
**area** [1] - 15:9
**areas** [1] - 34:11
**argument** [2] - 7:23, 26:25
**armed** [1] - 8:3
**array** [1] - 24:22
**arrested** [1] - 19:9
**artificial** [1] - 27:15
**aspect** [1] - 5:21
**assault** [5] - 17:21, 17:22, 24:17, 25:4, 26:15
**assaulted** [1] - 15:22
**assessed** [2] - 24:8, 33:17
**assessment** [9] - 9:15, 10:1, 16:8, 16:10, 16:15, 19:3, 25:13, 27:24, 32:17
**assets** [2] - 29:9, 29:12
**assistance** [1] - 5:19
**assisting** [1] - 5:21
**assume** [2] - 17:20, 38:7
**astounds** [1] - 25:1
**attempt** [5] - 11:18, 25:18, 25:19, 25:24, 25:25
**attempted** [1] - 11:9
**attempting** [1] - 27:9
**Attorney's** [2] - 1:12, 33:24
**AUSA** [1] - 2:8
**authorize** [1] - 33:22
**authorizing** [1] - 33:6
**available** [3] - 10:22, 26:22, 27:20
**avenue** [1] - 16:17
**Avenue** [3] - 1:23, 34:20, 39:11
**avoid** [1] - 10:20
**aware** [2] - 17:6, 21:25

## B

**balance** [1] - 33:12
**base** [1] - 6:14
**based** [7] - 10:1, 15:12, 19:1, 28:15, 33:3, 37:7, 37:14
**basic** [1] - 32:23
**basis** [6] - 9:22, 14:22, 16:8, 17:19, 21:14, 37:25
**BEFORE** [1] - 1:8
**behalf** [3] - 2:8, 2:13, 2:17

behave [1] - 26:10
behaved [1] - 26:10
behavior [3] - 12:13, 14:11, 26:23
best [4] - 16:17, 16:20, 38:8, 39:6
between [3] - 7:8, 8:21, 18:2
bit [3] - 8:13, 13:5, 27:15
blanket [1] - 16:17
bluntly [1] - 18:1
Bochene [54] - 2:4, 2:13, 2:19, 3:5, 3:12, 3:17, 4:4, 5:11, 5:18, 6:19, 6:25, 8:15, 9:9, 9:12, 10:6, 11:3, 11:14, 11:21, 11:24, 11:25, 12:3, 12:8, 12:10, 12:19, 13:1, 13:23, 14:7, 14:18, 14:19, 15:4, 15:10, 17:7, 17:15, 18:3, 18:14, 18:16, 19:19, 20:9, 23:12, 24:11, 25:12, 26:9, 26:12, 26:23, 27:8, 28:9, 28:14, 28:16, 29:3, 30:16, 32:12, 37:7, 37:20, 38:6
BOCHENE [1] - 1:5
Bochene's [8] - 12:13, 13:8, 18:8, 23:20, 25:8, 26:15, 28:4, 37:15
book [6] - 21:7, 21:22, 22:11, 22:12, 22:14, 22:18
books [2] - 22:9, 22:21
bottom [1] - 4:6
box [1] - 27:15
breach [1] - 12:1
break [6] - 11:9, 11:19, 25:18, 25:24, 25:25, 27:9
breath [1] - 20:10
Brief [2] - 19:23, 30:3
broken [3] - 11:22, 12:3, 26:2
brother [1] - 21:5
Building [1] - 34:17
building [7] - 2:21, 6:11, 6:18, 12:8, 12:10, 12:12, 26:1
Bureau [2] - 30:17, 32:13
Bush [1] - 21:25
business [2] - 29:7, 29:12

Butler [3] - 21:7, 21:23

C

calculation [1] - 6:8
candor [1] - 21:24
cannot [1] - 30:22
Capitol [11] - 9:13, 11:21, 11:24, 12:1, 12:5, 12:8, 12:11, 24:20, 26:3, 33:9, 34:16
carriage [1] - 12:12
carry [1] - 21:18
carrying [2] - 11:11, 25:23
Case [1] - 2:3
case [14] - 4:15, 4:23, 5:19, 5:21, 7:14, 11:6, 11:13, 13:17, 14:24, 18:7, 18:9, 24:8, 31:13, 36:1
Category [2] - 8:18, 8:20
causes [2] - 20:5, 26:9
cease [1] - 25:2
certain [1] - 12:20
certainly [1] - 14:6
CERTIFICATE [1] - 39:1
certification [1] - 24:21
certify [2] - 24:25, 39:3
certifying [1] - 25:3
cetera [1] - 34:8
challenge [1] - 36:3
change [2] - 34:22, 34:23
changes [1] - 33:15
characteristics [3] - 10:18, 12:16, 26:6
characterized [1] - 14:20
charged [4] - 25:9, 25:11, 25:12, 26:24
charges [1] - 33:25
charging [1] - 17:25
Chestnut [1] - 1:12
Chief [1] - 34:16
child [1] - 18:2
China [4] - 18:5, 28:23, 29:9, 29:10
Circuit [2] - 35:12, 35:18
circumstances [5] - 8:8, 10:2, 10:17, 33:15, 35:16
City [1] - 22:2
claim [2] - 17:4, 17:8

clarify [2] - 9:16, 17:14
Class [1] - 9:1
clearly [1] - 30:8
Clerk [3] - 34:13, 34:19, 34:23
climbing [1] - 26:1
Clinton [1] - 1:17
closer [1] - 27:7
coalition [1] - 22:1
COLUMBIA [1] - 1:1
Columbia [1] - 34:15
coming [2] - 31:23
commence [1] - 33:20
comments [1] - 23:9
commit [1] - 33:1
committed [3] - 19:9, 30:16, 32:12
communist [1] - 22:25
community [4] - 16:1, 28:2, 28:7, 35:1
competent [2] - 14:9, 14:17
complete [4] - 15:24, 29:3, 37:4, 39:5
completed [1] - 35:2
completion [1] - 25:2
compliance [1] - 38:8
comply [5] - 10:8, 12:18, 26:13, 37:9, 37:18
component [1] - 36:17
comprehend [1] - 20:22
computer [1] - 31:6
concept [1] - 22:16
concern [2] - 15:9, 37:8
concerned [2] - 37:15, 37:19
concerns [2] - 15:16, 26:14
conclusion [3] - 6:15, 23:25, 37:16
condition [6] - 14:5, 15:18, 33:3, 34:3, 37:6, 37:25
conditions [6] - 13:20, 32:20, 32:21, 32:25, 37:8, 37:9
conduct [10] - 10:14, 10:22, 16:11, 22:22, 24:23, 25:8, 25:14, 25:15, 26:23, 32:23
conference [2] - 2:24, 12:21
confident [1] - 31:17
confirm [2] - 2:23, 3:5
confirming [1] - 3:2
Congress [4] - 4:20, 10:5, 24:24, 25:2

connection [1] - 7:25
consciously [2] - 21:10, 21:20
consent [2] - 3:1
consider [10] - 3:16, 3:22, 3:25, 4:2, 10:4, 10:17, 26:16, 26:19, 27:13, 27:18
considerably [1] - 25:10
consideration [2] - 30:14, 32:10
considered [1] - 14:7
consistent [2] - 11:17, 27:6
constitutes [2] - 27:11, 39:4
Constitution [2] - 1:23, 34:20, 39:11
consultation [1] - 34:5
contact [2] - 13:1, 14:1
continuum [1] - 25:14
control [1] - 34:11
controlled [1] - 33:2
conversation [3] - 6:2, 13:4, 13:9
convicted [1] - 8:25
conviction [3] - 18:10, 35:11, 36:3
convictions [3] - 8:16, 21:21, 21:22
Copeland [1] - 19:2
cord [1] - 31:2
Corps [4] - 21:3, 21:4, 21:6, 21:21
correct [3] - 3:7, 9:16, 18:12
CORRECTIONAL [2] - 30:24, 31:11
cost [2] - 36:8, 36:10
counsel [6] - 2:5, 2:6, 2:25, 4:17, 28:4, 36:11
counsel's [1] - 18:23
count [2] - 2:20, 9:4
Count [4] - 30:18, 30:20, 32:14, 32:16
country's [1] - 25:5
Counts [1] - 37:1
county [2] - 17:5, 19:8
County [6] - 18:9, 18:25, 19:2, 19:4, 19:12, 37:17
coupled [1] - 16:11
Court [48] - 1:22, 1:22, 3:24, 4:18, 6:4, 7:20, 8:5, 8:22, 9:22, 10:17, 11:3, 11:10, 12:19, 12:21, 12:25,

13:7, 13:13, 14:7, 14:17, 17:8, 18:11, 19:2, 19:3, 19:5, 19:14, 19:20, 20:13, 23:23, 26:11, 27:25, 28:4, 30:16, 31:16, 32:12, 33:9, 33:15, 34:14, 34:19, 34:20, 34:23, 34:25, 35:8, 35:12, 35:24, 36:9, 37:22, 39:10
court [12] - 17:2, 17:5, 17:6, 17:9, 22:22, 22:3, 23:21, 29:22, 31:12, 35:23, 36:10, 38:11
COURT [68] - 1:1, 2:10, 2:14, 2:18, 3:8, 3:21, 4:1, 4:4, 5:5, 5:11, 5:15, 5:18, 5:22, 6:1, 6:4, 7:3, 7:7, 7:21, 8:11, 9:19, 9:21, 13:20, 14:3, 14:13, 14:15, 15:2, 16:22, 17:21, 18:11, 18:14, 18:18, 18:20, 19:6, 19:16, 19:19, 19:25, 20:6, 20:9, 20:18, 21:14, 21:17, 22:12, 22:14, 23:4, 23:12, 23:16, 23:24, 24:1, 24:4, 24:7, 28:22, 29:1, 29:16, 29:22, 30:6, 30:11, 30:23, 31:9, 31:19, 31:24, 32:8, 36:15, 36:19, 36:23, 37:3, 38:5, 38:13, 39:1
Court's [4] - 3:19, 12:18, 26:13, 33:3
court-appointed [1] - 36:10
Courthouse [1] - 1:23
COURTROOM [2] - 2:2, 3:17
courts [2] - 16:10, 17:1
COVID [1] - 18:5
CRC [2] - 1:22, 39:9
credibility [2] - 13:8, 23:20
credible [2] - 7:24, 26:5
credit [2] - 33:25
crime [1] - 33:1
crimes [1] - 10:14
criminal [10] - 8:14, 8:17, 10:14, 11:5, 13:14, 22:1, 22:3, 23:21, 24:23, 33:18

**Criminal** [4] - 1:2, 2:3, 8:17, 8:20
**CRR** [2] - 1:22, 39:9
**curious** [1] - 14:4, 28:13
**curvature** [1] - 21:16
**custody** [4] - 19:9, 26:12, 30:17, 32:13

## D

**D.C** [7] - 1:5, 12:22, 34:17, 34:21, 35:12, 35:17, 39:11
**danger** [1] - 15:18
**dangerous** [1] - 34:10
**date** [1] - 33:20
**Dated** [1] - 39:7
**daughter** [9] - 15:6, 15:20, 15:22, 16:12, 17:7, 17:23, 18:2, 18:3, 26:16
**days** [7] - 5:25, 30:17, 32:13, 34:22, 36:5, 36:6
**days'** [2] - 28:1, 28:5
**DC** [2] - 1:15, 1:24
**DD-214** [1] - 17:11
**dealing** [2] - 16:2, 37:13
**debate** [1] - 7:12
**December** [1] - 39:7
**decide** [1] - 27:10
**declined** [1] - 15:8
**decorated** [1] - 21:8
**deep** [1] - 20:10
**defect** [1] - 35:14
**Defendant** [2] - 1:6, 1:16
**DEFENDANT** [23] - 5:20, 5:24, 6:3, 19:24, 20:1, 20:7, 20:14, 20:21, 21:16, 21:18, 22:13, 22:17, 23:6, 23:10, 23:13, 30:1, 30:4, 30:21, 31:16, 31:23, 31:25, 32:4, 38:9
**defendant** [24] - 2:19, 3:2, 7:16, 7:24, 8:3, 8:7, 8:25, 9:2, 10:15, 10:19, 11:9, 11:11, 11:17, 12:4, 12:6, 12:16, 12:17, 13:10, 13:14, 14:1, 14:11, 19:5, 35:16, 35:18
**defendant's** [2] - 33:17, 35:9
**defendants** [1] - 10:21
**defender** [1] - 18:8

**Defenders** [1] - 1:17
**defense** [3] - 2:25, 5:6, 18:23
**degree** [1] - 7:4
**democracy** [3] - 24:18, 25:4, 25:5
**demonstrated** [3] - 6:20, 14:19, 28:10
**Department** [3] - 1:14, 19:1, 19:4
**departure** [2] - 9:22
**Depot** [1] - 21:3
**DEPUTY** [2] - 2:2, 3:17
**described** [1] - 17:15
**destructive** [1] - 34:10
**details** [1] - 37:21
**determination** [1] - 33:4
**determine** [5] - 4:11, 4:14, 14:2, 16:16, 16:20
**determines** [1] - 33:9
**determining** [1] - 14:9
**deterrence** [1] - 10:13
**deterrent** [1] - 13:13
**devices** [1] - 34:10
**difference** [1] - 27:17
**difficult** [2] - 26:7, 30:5
**difficulties** [1] - 29:21
**direct** [1] - 17:3
**directed** [1] - 15:7
**disagree** [2] - 11:25, 14:25
**disagreement** [1] - 4:10
**disagreements** [1] - 4:10
**disbursement** [1] - 34:15
**discharge** [3] - 17:18, 21:12, 21:15
**discredit** [1] - 17:8
**discretionary** [1] - 32:20
**discussed** [1] - 5:14
**discussing** [1] - 18:8
**discussions** [1] - 28:16
**dismissal** [1] - 37:1
**dismissed** [1] - 18:10
**disparities** [1] - 10:20
**displayed** [1] - 29:11
**dispute** [1] - 7:8
**DISTRICT** [3] - 1:1, 1:1, 1:9
**District** [2] - 34:14, 34:20
**district** [1] - 35:7

**documents** [1] - 17:25
**done** [1] - 31:21
**doors** [1] - 12:3
**doorway** [1] - 12:12
**down** [1] - 7:5
**dramatic** [1] - 11:15
**drug** [1] - 33:2
**due** [2] - 30:25, 33:18
**duration** [1] - 34:7
**during** [8] - 13:21, 13:25, 15:15, 16:12, 18:5, 21:25, 29:5, 35:2
**duty** [1] - 25:3

## E

**earned** [1] - 28:23
**eccentric** [1] - 14:19
**economic** [1] - 33:15
**effect** [3] - 6:24, 11:16, 24:24
**effective** [1] - 25:19
**effort** [1] - 16:19
**either** [4] - 12:19, 24:23, 27:17, 31:9
**election** [4] - 24:19, 24:21, 24:25, 25:3
**eligible** [1] - 9:3
**emails** [1] - 13:2
**end** [2] - 25:15, 27:22
**ended** [1] - 17:16
**enforceable** [1] - 35:21
**engage** [2] - 24:22
**engaged** [4] - 22:5, 26:23, 27:2, 27:8
**engaging** [1] - 15:25
**enhancement** [1] - 6:17
**ensure** [1] - 10:7
**ensuring** [1] - 15:24
**enter** [3] - 11:21, 18:11, 26:3
**entered** [4] - 12:1, 12:3, 26:1, 35:19
**entering** [2] - 2:21, 6:10
**entire** [1] - 22:5
**entirely** [1] - 26:9
**entitled** [4] - 6:25, 7:16, 19:19, 21:8
**entitles** [1] - 6:21
**entry** [1] - 36:5
**entryway** [2] - 12:2, 12:4
**equal** [1] - 33:19
**Eric** [5] - 2:4, 2:19, 23:8, 30:16, 32:12
**ERIC** [1] - 1:5

**especially** [1] - 21:22
**essentially** [1] - 17:25
**establish** [1] - 32:23
**et** [1] - 34:8
**evaluation** [1] - 37:10
**EVE** [17] - 1:11, 2:7, 3:19, 3:23, 5:4, 7:12, 8:1, 9:18, 10:25, 13:22, 14:6, 14:14, 23:19, 23:25, 36:14, 36:25, 38:3
**Eve** [9] - 2:7, 3:14, 5:2, 7:23, 9:16, 10:23, 23:18, 36:13, 36:23
**event** [2] - 24:20, 25:6
**events** [2] - 24:14, 27:3
**evidence** [1] - 14:17
**evidentiary** [2] - 5:15, 18:1
**exactly** [1] - 8:4
**examination** [4] - 15:8, 15:16, 17:4, 26:8
**examined** [1] - 14:8
**example** [1] - 15:10
**execute** [1] - 35:7
**exercise** [1] - 7:19
**existed** [1] - 8:8
**exists** [1] - 30:10
**exited** [2] - 12:8, 12:11
**expectations** [1] - 32:23
**expecting** [1] - 5:15
**expires** [1] - 34:12
**explain** [1] - 30:24
**explanation** [1] - 24:10
**expressed** [1] - 37:23
**extended** [1] - 18:6
**extensively** [1] - 19:11
**extent** [1] - 36:3

## F

**fact** [5] - 6:5, 11:8, 13:10, 16:9, 37:17
**factors** [5] - 4:20, 10:4, 10:24, 11:2, 24:9
**facts** [4] - 6:4, 10:2, 24:8, 26:18
**factual** [3] - 4:9, 5:3, 5:6
**failed** [7] - 12:20, 12:21, 13:6, 16:10, 19:5, 26:12, 26:13
**fair** [3] - 4:20, 18:18, 18:20
**fairly** [1] - 25:24

**familiar** [4] - 22:10, 22:11, 22:14, 22:15
**family** [3] - 17:5, 17:6, 21:3
**fashion** [1] - 4:19
**father** [1] - 18:14
**FBI** [2] - 13:3, 20:25
**federal** [1] - 33:1
**Federal** [1] - 1:17
**feeble** [1] - 25:24
**feedback** [1] - 29:23
**few** [2] - 5:25, 24:16
**file** [2] - 12:20, 36:9
**filed** [3] - 5:1, 5:9, 36:5
**filing** [1] - 36:6
**final** [2] - 4:19, 4:25
**Financial** [1] - 34:16
**financial** [8] - 29:3, 33:13, 33:16, 33:21, 33:22, 33:23, 34:18, 34:24
**findings** [2] - 6:5, 26:19
**fine** [16] - 7:10, 9:8, 9:9, 9:25, 19:21, 20:6, 20:14, 27:23, 28:7, 28:11, 28:14, 28:17, 35:25, 36:20, 37:3
**finish** [1] - 31:22
**firearms** [2] - 34:9, 34:10
**first** [2] - 2:23, 4:11
**five** [1] - 17:1
**Floor** [1] - 1:18
**follow** [1] - 34:4
**followed** [1] - 9:24
**following** [2] - 32:20, 34:15
**follows** [1] - 33:19
**footage** [1] - 3:12
**FOR** [1] - 1:1
**forcing** [1] - 12:9
**Ford** [1] - 34:16
**foregoing** [1] - 39:4
**forth** [7] - 5:3, 5:7, 6:5, 7:15, 10:2, 11:1, 13:19
**fortunately** [1] - 25:20
**forward** [2] - 18:7, 23:17
**frankly** [2] - 24:15, 25:9
**frazzled** [2] - 20:7, 20:12
**French** [1] - 22:18
**front** [1] - 26:18
**full** [2] - 34:24, 39:5
**fully** [1] - 5:18

functioning [1] - 25:2
fundamental [1] - 35:14
funds [5] - 28:20, 28:23, 29:2, 29:8, 29:19
future [1] - 10:14

**G**

gain [1] - 13:1
gather [1] - 22:20
gear [1] - 21:19
general [1] - 16:12
General [1] - 21:7
generally [2] - 14:25, 35:21
generating [1] - 29:15
Gilsenan [18] - 2:13, 3:5, 4:1, 5:5, 5:20, 7:18, 9:19, 11:13, 14:15, 16:23, 19:16, 23:24, 24:1, 28:8, 28:13, 29:16, 30:6, 36:15
GILSENAN [29] - 1:16, 2:12, 3:7, 4:3, 5:8, 5:13, 5:17, 7:2, 7:4, 7:11, 9:20, 14:16, 16:25, 17:24, 18:13, 18:16, 18:19, 19:7, 19:18, 23:8, 24:3, 28:15, 28:25, 29:18, 30:9, 32:2, 36:16, 38:4, 38:11
Gilsenan's [2] - 13:22, 37:5
given [4] - 8:8, 12:22, 13:5, 14:11
God [1] - 20:2
goofing [1] - 25:20
government [18] - 2:6, 3:11, 3:13, 3:15, 3:24, 4:16, 5:2, 6:19, 10:23, 13:15, 13:19, 15:1, 21:25, 27:1, 27:25, 36:7, 36:25, 38:3
Government [1] - 20:24
government's [2] - 11:18, 25:13
graduated [1] - 21:2
grandfather [1] - 21:5
great [1] - 11:1
greater [2] - 9:7, 10:8
greatly [1] - 22:19
Grotius [1] - 22:17
grounds [3] - 2:21, 6:11, 6:18

guess [5] - 14:3, 18:20, 20:22, 32:1, 32:7
guideline [1] - 7:22
Guidelines [2] - 30:15, 32:11
guidelines [15] - 4:15, 6:7, 6:9, 6:24, 8:20, 8:24, 9:5, 10:16, 10:19, 24:9, 27:6, 27:14, 27:16, 27:22
guilty [3] - 2:20, 10:21, 35:13
guys [1] - 20:1

**H**

H.M [1] - 22:17
Hague [1] - 22:3
hamming [1] - 25:21
happy [6] - 7:9, 9:10, 19:14, 20:20, 24:5, 32:8
hard [1] - 21:18
Hartford [1] - 19:2
health [23] - 14:5, 14:22, 15:2, 15:7, 15:17, 15:23, 16:2, 16:14, 17:3, 17:20, 18:4, 19:3, 19:8, 19:9, 26:8, 34:2, 34:3, 36:17, 37:6, 37:8, 37:15, 37:18, 37:20
Health [2] - 19:1, 19:4
healthy [1] - 21:19
hear [9] - 3:19, 4:16, 4:18, 9:10, 16:4, 19:25, 20:20, 30:22
heard [4] - 10:23, 17:10, 19:10, 19:12
hearing [4] - 5:16, 11:7, 13:5, 38:14
heinous [1] - 25:10
HELD [1] - 1:8
held [2] - 12:17, 12:22
helpful [2] - 16:1, 16:4
hereby [4] - 30:16, 32:12, 32:24, 39:3
herself [1] - 18:4
high [2] - 22:21, 27:22
himself [3] - 12:17, 13:2, 14:10
history [8] - 8:14, 8:17, 10:18, 12:15, 13:10, 21:8, 24:16, 25:5
History [2] - 8:17, 8:20
hold [1] - 30:2
home [2] - 13:3, 18:6

Honor [43] - 2:2, 2:7, 2:11, 2:12, 2:17, 3:7, 3:19, 3:23, 4:3, 5:4, 5:8, 5:13, 5:17, 7:2, 7:11, 7:12, 8:1, 9:18, 9:20, 10:25, 14:14, 14:16, 15:1, 16:7, 16:25, 17:11, 17:24, 18:16, 19:18, 23:19, 24:3, 24:5, 28:15, 28:25, 29:5, 29:18, 30:9, 36:14, 36:16, 36:22, 36:25, 38:3, 38:4
honorable [1] - 21:12
HONORABLE [1] - 1:8
hope [3] - 25:5, 38:6, 38:7
hopefully [1] - 23:16
horrific [1] - 24:14
hours [2] - 28:2, 35:14
House [1] - 34:17
hurt [1] - 31:20

**I**

illness [1] - 14:18
immediately [2] - 16:15, 34:19
impacted [1] - 22:18
impactual [1] - 22:8
import/export [1] - 29:7
impose [11] - 4:22, 8:23, 9:23, 10:7, 13:13, 13:21, 23:18, 27:11, 27:25, 28:5, 30:12
imposed [3] - 10:11, 10:19, 32:23
imposes [1] - 34:25
imposing [4] - 8:12, 26:17, 37:6, 37:25
imposition [1] - 35:25
imprisonment [1] - 9:24
IN [1] - 1:1
inability [1] - 9:9
incarcerated [1] - 18:17
incarceration [3] - 28:1, 28:5, 28:19
incident [1] - 15:6
include [3] - 10:10, 14:4, 32:25
includes [1] - 35:6
including [3] - 21:4, 24:9, 34:7
income [1] - 29:15
incompetent [1] - 15:4

inconsistencies [2] - 15:10, 16:12
incorporate [1] - 32:24
incur [1] - 33:25
indicated [6] - 12:25, 13:23, 26:4, 27:21, 28:9, 29:12
individual [1] - 27:4
individuals [1] - 11:20
information [6] - 2:20, 18:23, 33:22, 33:23, 33:24, 37:2
initial [1] - 12:1
inside [1] - 12:11
insignificant [1] - 12:14
installments [1] - 33:19
intensity [1] - 34:8
interest [2] - 33:10, 33:11
interfere [1] - 37:9
interfering [1] - 24:24
international [3] - 22:1, 22:3, 23:21
interview [2] - 16:13, 29:6
investigation [1] - 35:5
involuntarily [1] - 19:8
involuntary [1] - 35:13
involve [1] - 4:5
involved [2] - 15:16, 22:1
involving [4] - 16:11, 17:7, 25:15, 26:15
Island [1] - 21:23
island [1] - 21:3
issue [4] - 9:11, 15:2, 16:2, 26:7
issues [7] - 15:13, 17:14, 17:20, 18:4, 23:22, 26:14, 37:20
itself [3] - 24:18, 35:20, 35:22

**J**

jail [1] - 29:24
January [3] - 8:2, 8:9, 12:14
job [1] - 13:24
John [3] - 2:12, 23:7, 38:10
JOHN [2] - 1:14, 1:16
joint [1] - 16:19
Judge [2] - 19:1, 22:10
JUDGE [2] - 1:8, 1:9

judgment [5] - 30:15, 32:11, 33:14, 33:20, 36:5
July [3] - 12:22, 13:4, 18:19
justice [2] - 17:2, 17:9
Justice [1] - 1:14
justice-type [1] - 17:9

**K**

keep [1] - 23:10
Kevin [1] - 19:1
kill [1] - 31:17
known [1] - 18:3

**L**

lack [1] - 13:8
laid [1] - 20:22
large [2] - 8:4, 11:11
last [1] - 4:22
late [2] - 18:19, 38:12
Law [4] - 22:9, 22:13, 22:15, 22:19
law [9] - 10:12, 21:24, 22:9, 22:15, 22:18, 22:20, 22:22, 27:6
lawyer [1] - 5:19
lays [1] - 6:8
leads [1] - 6:21
learn [1] - 25:6
learned [2] - 12:19, 21:9
least [4] - 15:16, 15:19, 15:23, 27:1
leave [1] - 18:6
leftist [1] - 22:25
legal [2] - 4:9, 22:16
length [1] - 11:1
less [1] - 25:11
lessons [1] - 25:6
Level [4] - 8:19, 8:20, 27:12
level [5] - 6:14, 6:22, 7:5, 9:7
levels [1] - 7:17
life [1] - 22:5
lifetime [1] - 24:15
light [3] - 4:20, 24:8, 37:5
likely [1] - 18:9
line [1] - 4:6
lines [1] - 33:25
litigation [1] - 37:24
live [1] - 18:21
living [1] - 18:14
local [3] - 16:9, 17:8, 33:1
location [1] - 34:7

locations [1] - 12:6
lockdowns [1] - 18:5
look [1] - 7:21
looks [2] - 18:9, 18:25
low [1] - 33:4
lower [1] - 25:13
lowest [1] - 25:15
luck [2] - 38:5, 38:8

**M**

man [3] - 21:11, 22:3, 22:7
mandatory [4] - 9:14, 32:20, 32:25, 33:2
manner [1] - 6:20
Marine [4] - 21:3, 21:4, 21:6, 21:21
marines [1] - 21:8
material [1] - 20:25
materials [3] - 3:15, 3:22, 5:6
matter [4] - 9:10, 11:4, 15:24, 18:8
matters [1] - 5:3
maximum [2] - 6:10, 9:8
mean [1] - 31:6
meandered [1] - 12:5
means [2] - 25:15, 37:22
mechanism [1] - 17:2
medical [2] - 21:12, 21:14
members [1] - 21:4
memoranda [1] - 3:11
memorandum [6] - 3:13, 7:15, 10:25, 13:1, 13:19, 13:23
Mental [2] - 19:1, 19:4
mental [24] - 14:5, 14:18, 14:22, 15:2, 15:7, 15:17, 15:23, 16:2, 16:14, 17:3, 17:20, 18:4, 19:3, 19:8, 19:9, 26:8, 34:2, 34:3, 36:17, 37:6, 37:8, 37:15, 37:18, 37:20
mentioned [1] - 10:5
mic [2] - 23:14, 31:6
Michael [1] - 2:9
MICHAEL [1] - 1:14
microphone [3] - 3:18, 29:24, 31:21
midst [1] - 24:20
might [2] - 17:17, 33:16
military [7] - 13:10, 15:11, 15:12, 17:14,

20:23, 21:11, 21:13
minor [2] - 12:24, 18:2
minute [2] - 12:1, 20:13
minutes [2] - 12:10, 38:12
misdemeanor [3] - 9:1, 9:4, 25:12
misdemeanors [1] - 25:16
missing [2] - 23:6, 23:7
modality [1] - 34:7
moment [2] - 20:10, 20:11
monetary [1] - 33:18
money [1] - 30:10
month [1] - 33:19
monthly [1] - 33:19
months [10] - 8:21, 9:24, 27:22, 27:23, 28:1, 28:18, 30:19, 32:15, 37:8, 37:24
months' [1] - 9:24
morning [9] - 2:2, 2:7, 2:10, 2:11, 2:12, 2:14, 2:16, 2:19, 16:7
MOSS [1] - 1:8
most [4] - 21:8, 22:8, 22:21
mostly [1] - 21:4
motion [2] - 23:25, 36:24
mouse [7] - 20:5, 23:14, 30:25, 31:2, 31:4, 31:17
move [1] - 22:24
moves [1] - 37:1
MR [29] - 2:11, 2:12, 3:7, 4:3, 5:8, 5:13, 5:17, 7:2, 7:4, 7:11, 9:20, 14:16, 16:25, 17:24, 18:13, 18:16, 18:19, 19:7, 19:18, 23:8, 24:3, 28:15, 28:25, 29:18, 30:9, 32:2, 36:16, 38:4, 38:11
MS [16] - 2:7, 3:19, 3:23, 5:4, 7:12, 8:1, 9:18, 10:25, 13:22, 14:6, 14:14, 23:19, 23:25, 36:14, 36:25, 38:3
multiple [1] - 25:23
municipal [1] - 17:8
must [9] - 32:25, 33:1, 33:5, 33:14, 33:20, 33:24, 34:2, 34:3,

36:5
mute [12] - 3:17, 19:21, 20:2, 20:4, 23:14, 29:24, 31:5, 31:6, 31:9, 31:10, 31:21
muting [1] - 32:6

**N**

N.W [1] - 39:11
name [2] - 2:5, 29:9
narrative [1] - 23:1
narratives [1] - 20:21
nation [1] - 24:16
Nations [4] - 22:9, 22:13, 22:15, 22:19
nations [1] - 22:16, 22:22
nature [3] - 10:17, 12:15, 24:11
necessary [2] - 10:8, 14:2
neck [1] - 31:3
need [7] - 7:19, 10:10, 10:19, 10:20, 20:1, 27:10, 31:9
needed [1] - 31:7
needs [4] - 13:24, 16:3, 16:20, 31:5
never [5] - 17:10, 19:10, 19:11, 19:12, 25:6
new [2] - 33:25, 37:22
New [8] - 15:5, 15:20, 16:10, 17:1, 18:9, 18:24, 19:2, 22:2
nomenclature [1] - 17:12
Northwest [1] - 34:20
note [1] - 37:4
noted [4] - 29:6, 36:13, 36:20, 37:13
notes [3] - 8:15, 16:14, 39:5
nothing [3] - 12:13, 23:22, 38:3
notice [3] - 13:5, 36:4, 36:6
notify [3] - 13:7, 33:15, 34:23
november [1] - 1:6
NW [2] - 1:15, 1:23
NY [1] - 1:18

**O**

object [7] - 8:4, 11:12, 25:22, 27:9, 27:13, 27:19, 36:17

objection [6] - 5:2, 5:6, 5:8, 11:9, 36:19, 37:5
objections [3] - 4:13, 36:12, 36:18
obligation [1] - 34:24
obligations [1] - 34:18
observation [2] - 37:7, 37:22
observations [2] - 15:12, 37:14
occurred [3] - 6:17, 8:2, 19:12
October [1] - 5:1
odd [1] - 20:23
OF [4] - 1:1, 1:2, 1:8, 39:1
offbeat [1] - 14:21
offender [2] - 7:1, 26:6
offenders [1] - 26:22
offense [11] - 6:14, 6:22, 7:5, 7:25, 9:7, 10:11, 10:13, 10:18, 11:8, 12:15, 24:12
Offense [2] - 8:19
Office [6] - 1:19, 18:24, 33:24, 34:16, 34:17, 35:6
office [13] - 2:17, 3:10, 5:1, 9:23, 13:9, 13:16, 14:1, 27:21, 28:9, 32:21, 33:23, 35:4, 35:9
office's [2] - 6:8, 28:10
Office/PA [1] - 1:12
Officer [1] - 34:16
OFFICER [9] - 2:16, 16:7, 18:22, 19:14, 24:5, 29:5, 30:24, 31:11, 36:22
officer [8] - 31:10, 31:11, 31:21, 32:2, 33:21, 34:1, 34:5, 35:2
OFFICIAL [1] - 39:1
Official [2] - 1:22, 39:10
one [15] - 2:20, 6:12, 13:16, 17:17, 21:7, 22:8, 22:21, 23:1, 26:2, 27:15, 29:23, 31:5, 31:7, 32:5
one-year [1] - 13:16
Oneida [6] - 18:9, 18:25, 19:2, 19:4, 19:11, 37:17
open [1] - 33:25
operational [1] - 29:7
opinion [2] - 11:18, 28:15

opportunity [5] - 5:12, 8:5, 8:6, 11:10, 12:23
opposite [1] - 12:11
options [1] - 32:22
order [7] - 13:18, 18:12, 19:1, 26:13, 31:3, 34:2, 35:7
ordered [6] - 12:20, 16:9, 19:3, 32:16, 33:8, 37:17
orders [2] - 12:18, 19:15
ordinarily [1] - 26:2
otherwise [4] - 14:23, 14:25, 29:11, 36:17
overall [3] - 8:2, 8:8, 27:3
overseas [1] - 29:13
oversight [1] - 12:24
own [3] - 11:15, 29:9, 37:14
owned [1] - 23:1

**P**

PA [1] - 1:13
paid [1] - 34:24
papers [2] - 14:23, 15:1
paperwork [2] - 17:25, 29:4
paragraph [1] - 3:4
pardon [1] - 30:21
Parris [2] - 21:2, 21:3
part [5] - 4:22, 6:13, 6:15, 15:5, 35:18
Part [1] - 32:21
participate [2] - 12:23, 34:3
participation [1] - 34:6
particular [4] - 14:3, 17:5, 24:8
particularly [1] - 23:20
parties [5] - 6:13, 6:16, 7:8, 9:10, 9:12
party [1] - 9:21
pause [2] - 19:23, 30:3
pay [11] - 9:9, 9:13, 28:11, 28:14, 28:17, 32:17, 33:10, 33:13, 33:16, 33:17, 35:25
payable [1] - 34:19
payment [2] - 33:18, 33:19
payments [2] - 33:14, 34:13
peace [5] - 21:11, 22:4, 22:6, 22:7,

23:1
**peaceful** [1] - 24:22
**penalties** [1] - 33:11
**penalty** [3] - 33:13, 33:16, 33:18
**people** [6] - 12:9, 22:24, 24:18, 25:9, 25:10, 31:2
**perception** [1] - 25:17
**performing** [1] - 25:3
**period** [7] - 11:25, 13:16, 13:21, 13:25, 28:6, 37:7, 37:24
**periods** [1] - 18:6
**permission** [2] - 31:15, 36:9
**permitted** [1] - 36:4
**personal** [1] - 37:14
**personality** [1] - 14:20
**persuaded** [1] - 26:25
**Philadelphia** [1] - 1:13
**phonetic** [1] - 22:17
**Plaintiff** [2] - 1:3, 1:11
**plea** [11] - 3:3, 3:4, 6:13, 6:15, 9:14, 11:7, 35:13, 35:15, 35:18, 35:19, 36:4
**pleaded** [1] - 2:20
**poignant** [1] - 22:21
**point** [4] - 7:1, 8:12, 23:11, 26:21
**points** [1] - 8:17
**Police** [1] - 31:8
**policy** [2] - 10:16, 32:4
**political** [1] - 23:1
**pose** [2] - 15:18, 33:4
**posed** [1] - 20:17
**position** [4] - 11:1, 14:23, 26:18, 28:21
**possess** [1] - 33:2
**possibly** [2] - 13:6, 30:8
**practiced** [2] - 16:25, 19:11
**precautions** [1] - 31:1
**premises** [1] - 4:9
**Present** [1] - 1:19
**present** [1] - 35:22
**presentation** [1] - 20:13
**presented** [1] - 8:6
**presentence** [17] - 3:9, 4:12, 4:24, 4:25, 5:3, 5:7, 5:12, 5:23, 6:5, 6:7, 8:15, 10:3, 16:13, 29:6, 32:22, 35:4, 35:8
**presumptively** [1] - 17:12
**pretending** [2] -

11:14, 25:21
**pretty** [3] - 3:2, 22:5, 23:2
**prevent** [1] - 31:3
**previously** [3] - 12:25, 14:8, 36:19
**prison** [1] - 6:12
**Prisons** [2] - 30:17, 32:13
**privacy** [3] - 30:25, 31:12, 32:5
**pro** [1] - 22:6
**pro-peace** [1] - 22:6
**Probation** [3] - 1:19, 18:24, 35:6
**probation** [30] - 2:15, 2:17, 3:10, 4:25, 5:9, 6:8, 9:3, 9:6, 9:23, 13:9, 13:16, 14:1, 16:1, 16:5, 16:8, 16:14, 17:12, 27:21, 28:9, 28:10, 29:1, 32:21, 33:21, 33:23, 34:1, 34:5, 35:4, 35:9, 36:21
**PROBATION** [7] - 2:16, 16:7, 18:22, 19:14, 24:5, 29:5, 36:22
**problem** [3] - 23:16, 31:22, 37:12
**proceed** [3] - 2:24, 3:1, 3:6
**proceeding** [4] - 4:5, 19:7, 19:10, 35:14
**proceedings** [4] - 15:5, 17:6, 26:11, 39:6
**professional** [2] - 16:16
**program** [3] - 34:4, 34:5, 34:7
**promote** [2] - 10:11, 10:15
**proof** [1] - 14:21
**property** [2] - 29:9, 29:10
**protect** [1] - 10:14
**protest** [1] - 24:22
**provide** [5] - 10:12, 19:15, 24:10, 31:7, 33:20
**provider** [2] - 34:6, 34:7
**provisions** [2] - 30:14, 32:10
**PSR** [2] - 6:14, 9:9
**Public** [1] - 1:17
**public** [2] - 10:14, 18:8

**pulled** [1] - 18:24
**punishment** [1] - 10:12
**purely** [2] - 7:13, 10:2
**purpose** [2] - 14:8, 24:23
**purposes** [7] - 6:6, 10:8, 10:10, 26:16, 26:19, 27:16, 27:19
**pursuant** [4] - 9:14, 30:13, 32:9, 36:2
**push** [1] - 7:5
**put** [2] - 18:1, 27:15

**Q**

**questions** [5] - 5:16, 15:23, 23:19, 24:6, 37:23
**quick** [1] - 18:24
**quite** [4] - 20:23, 24:15, 25:8

**R**

**Racket** [2] - 21:9, 21:23
**radio** [1] - 30:21
**raise** [4] - 15:19, 16:24, 19:17, 38:1
**raised** [1] - 26:8
**raising** [1] - 15:14
**RANDOLPH** [1] - 1:8
**range** [3] - 6:9, 7:6, 10:20
**rather** [1] - 37:12
**reaches** [1] - 6:15
**reaching** [1] - 37:16
**read** [4] - 11:14, 13:22, 21:7, 22:9
**reading** [1] - 21:22
**real** [1] - 18:24
**really** [1] - 21:18
**reason** [8] - 15:3, 15:14, 15:21, 15:22, 26:7, 31:19, 37:6, 38:6
**reasons** [3] - 7:15, 30:24, 37:14
**received** [2] - 18:23, 21:12
**receiving** [1] - 29:8
**recommend** [1] - 8:21
**recommendation** [4] - 3:10, 4:25, 10:1, 16:9
**recommended** [6] - 8:24, 9:6, 9:23, 13:15, 27:21, 32:21
**record** [6] - 2:5, 24:11,

36:13, 36:16, 37:4, 37:6
**records** [2] - 10:21, 19:15
**Recruit** [1] - 21:3
**rectangular** [2] - 8:4, 11:12
**reduction** [3] - 6:21, 6:25, 7:17
**reference** [1] - 11:8
**reflect** [1] - 10:11
**reflects** [1] - 25:13
**Reform** [2] - 30:13, 32:9
**refusing** [1] - 30:4
**regard** [7] - 7:13, 11:1, 12:14, 13:9, 13:18, 23:20, 23:21
**regarding** [1] - 17:14
**regardless** [1] - 27:13
**regards** [1] - 22:9
**regulations** [1] - 34:4
**rehabilitation** [1] - 10:15
**rejects** [1] - 28:6
**relating** [3] - 15:6, 20:19, 26:15
**relax** [1] - 20:10
**release** [10] - 8:23, 8:25, 9:25, 13:16, 13:25, 14:24, 30:20, 32:16, 33:22, 35:4
**relevant** [2] - 4:9, 9:3
**rely** [3] - 13:18, 14:23, 15:1
**relying** [1] - 37:16
**remain** [1] - 26:17
**remaining** [2] - 2:21, 6:10
**remains** [1] - 27:17
**remember** [2] - 17:22, 24:15
**reminded** [1] - 24:14
**remotely** [1] - 29:13
**remove** [1] - 34:9
**repeat** [2] - 11:2, 32:8
**repeatedly** [1] - 27:8
**report** [15] - 3:9, 4:12, 4:24, 4:25, 5:3, 5:7, 5:12, 5:23, 6:5, 6:7, 8:15, 10:3, 32:22, 35:5, 35:9
**REPORTER** [1] - 39:1
**Reporter** [3] - 1:22, 1:22, 39:10
**reporter** [2] - 26:5, 29:22
**represent** [1] - 14:9
**representation** [1] - 11:24

**representations** [1] - 23:21
**represented** [2] - 6:19, 11:13
**representing** [1] - 13:2
**request** [6] - 2:25, 3:15, 3:22, 4:2, 13:3, 36:9
**requested** [4] - 9:21, 27:25, 28:4, 33:21
**required** [4] - 9:12, 10:4, 10:17, 26:14
**requirement** [1] - 34:25
**residence** [1] - 35:7
**resolve** [3] - 4:10, 4:12, 7:9
**respect** [13] - 4:13, 6:23, 9:11, 9:17, 10:12, 10:24, 15:2, 15:19, 25:8, 26:6, 26:21, 27:20, 28:8
**responded** [1] - 5:9
**response** [2] - 5:10, 29:16
**responsibility** [2] - 6:20, 11:4
**responsible** [1] - 27:4
**restitution** [9] - 9:13, 9:25, 27:23, 28:3, 28:6, 33:5, 33:7, 33:8, 34:13
**restricted** [3] - 2:21, 6:11, 6:18
**restriction** [1] - 34:9
**resulted** [1] - 8:16
**results** [2] - 24:19, 24:21
**return** [1] - 35:8
**review** [3] - 5:12, 11:10, 17:24
**reviewed** [4] - 3:9, 3:12, 4:12, 25:17
**reviewing** [1] - 25:18
**ridiculous** [1] - 30:5
**rights** [1] - 35:20
**riot** [1] - 8:2
**risk** [1] - 33:4
**RMR** [2] - 1:22, 39:9
**ROBERT** [1] - 1:19
**Robert** [1] - 2:17
**ROMANO** [2] - 1:14, 2:11
**Romano** [1] - 2:9
**room** [3] - 31:4, 31:12, 32:2
**Room** [1] - 1:23, 34:17, 39:10
**rounding** [1] - 12:9

**Rule** [1] - 2:25
**rules** [1] - 34:4
**running** [2] - 29:13, 29:14

## S

**safety** [1] - 15:15
**said/she** [1] - 18:1
**sake** [1] - 37:4
**satisfaction** [1] - 28:10
**satisfied** [2] - 5:9, 5:18
**savings** [1] - 28:24
**schedule** [2] - 33:14, 34:21
**school** [2] - 22:20, 22:21
**screen** [1] - 31:25
**second** [2] - 4:14, 32:5
**Section** [14] - 2:22, 4:21, 6:12, 6:14, 8:22, 8:24, 9:2, 9:5, 10:6, 10:24, 30:14, 32:10, 32:18, 36:2
**Sections** [1] - 33:6
**see** [6] - 8:6, 9:22, 11:11, 16:5, 22:24, 38:6
**Sefranek** [3] - 1:22, 39:9, 39:9
**SEFRANEK** [1] - 39:3
**Senate** [2] - 12:2, 12:12
**sentence** [28] - 4:20, 4:22, 6:10, 8:12, 8:21, 9:24, 10:7, 10:10, 10:13, 10:19, 10:20, 13:12, 23:18, 26:17, 27:11, 27:16, 27:21, 28:1, 28:5, 30:12, 33:7, 35:7, 35:17, 35:20, 36:3, 36:12
**sentenced** [2] - 30:19, 32:15
**sentences** [2] - 10:22, 27:20
**sentencing** [17] - 2:19, 3:10, 3:11, 3:13, 6:6, 7:15, 10:9, 10:25, 12:25, 13:19, 13:22, 20:19, 23:23, 24:9, 26:20, 27:19, 32:22
**Sentencing** [4] - 30:13, 30:15, 32:9, 32:11
**SENTENCING** [2] -

1:4, 1:8
**seriousness** [1] - 10:11
**serve** [5] - 13:13, 15:11, 21:10, 30:19, 32:15
**served** [1] - 15:11
**service** [8] - 17:14, 17:16, 17:17, 20:23, 21:13, 28:2, 28:7, 35:1
**set** [7] - 5:3, 5:6, 6:5, 7:15, 10:2, 11:1, 13:19
**setting** [1] - 8:1
**several** [1] - 4:5
**shall** [6] - 32:19, 34:9, 34:13, 34:22, 35:4, 35:8
**shame** [1] - 22:19
**share** [1] - 33:23
**sheet** [1] - 33:14
**short** [3] - 11:24, 17:16, 23:10
**show** [2] - 16:10, 24:19
**shown** [2] - 9:9, 12:6
**shows** [1] - 11:17
**sic** [1] - 22:8
**side** [2] - 12:11, 25:14
**significance** [1] - 11:5
**similar** [2] - 10:21, 10:22
**simply** [5] - 20:18, 24:21, 26:4, 27:18, 31:21
**situation** [1] - 8:3
**six** [3] - 8:21, 27:22, 28:18
**skipped** [1] - 8:13
**slowly** [1] - 30:7
**Smedley** [3] - 21:7, 21:23
**solely** [1] - 14:8
**solemn** [2] - 24:20, 25:3
**soon** [1] - 38:12
**sorry** [4] - 2:16, 22:12, 22:13, 29:22
**sought** [1] - 17:13
**special** [4] - 9:14, 10:1, 27:24, 32:17
**specified** [3] - 4:20, 10:5, 34:22
**spent** [1] - 12:10
**spine** [1] - 21:16
**spiritual** [1] - 21:22
**Square** [1] - 1:17
**stain** [2] - 25:4, 25:5
**stakeholders** [1] -

16:19
**start** [4] - 3:14, 4:24, 24:11, 37:11
**started** [2] - 12:2, 12:9
**starting** [2] - 2:6, 6:9
**State** [1] - 17:1
**state** [3] - 2:5, 17:1, 33:1
**statement** [2] - 11:8, 20:20
**statements** [2] - 10:16, 13:18
**STATES** [3] - 1:1, 1:2, 1:9
**States** [14] - 1:23, 2:3, 2:8, 22:4, 24:20, 25:2, 26:3, 29:10, 29:14, 33:24, 34:14, 34:20, 35:6, 35:11
**stating** [1] - 31:5
**status** [3] - 12:21, 17:18, 21:1
**statute** [5] - 4:21, 6:9, 10:5, 33:6, 36:4
**statutory** [1] - 6:10
**stay** [4] - 18:11, 21:6, 21:20, 32:2
**stay-away** [1] - 18:11
**stemming** [1] - 18:5
**stenographic** [1] - 39:5
**step** [5] - 4:11, 4:14, 4:16, 4:19, 4:22
**steps** [2] - 4:5, 4:7
**still** [4] - 7:6, 19:21, 23:19, 29:7
**stop** [1] - 25:3
**Street** [2] - 1:12, 1:15
**strikes** [1] - 27:14
**striking** [2] - 25:21, 25:22
**style** [1] - 22:18
**subject** [2] - 34:21, 35:1
**subjected** [1] - 14:22
**submitted** [3] - 3:11, 3:13, 3:24
**substance** [2] - 33:2, 33:4
**successful** [1] - 11:20
**suffering** [2] - 15:18, 37:20
**suffers** [2] - 14:18, 18:4
**sufficient** [1] - 10:7
**suggest** [2] - 13:21, 20:9
**suggested** [1] - 26:4
**suggesting** [1] - 14:17
**suggestion** [1] - 28:22

**suicidal** [1] - 31:1
**suicide** [1] - 31:1
**summarize** [1] - 11:3
**summer** [1] - 21:2
**supervise** [1] - 34:6
**supervised** [8] - 8:23, 8:25, 9:25, 13:16, 13:25, 14:24, 30:20, 32:16
**supervising** [1] - 35:2
**supervision** [11] - 13:21, 15:15, 15:25, 27:23, 28:2, 28:6, 32:19, 32:24, 34:12, 35:3, 37:10
**supervisor** [1] - 31:14
**suppose** [1] - 15:12
**surrounded** [1] - 20:1
**suspect** [1] - 4:5
**suspended** [1] - 33:3
**swing** [1] - 27:8
**swinging** [2] - 27:13, 27:18
**Syracuse** [1] - 1:18

## T

**TAMARA** [1] - 39:3
**Tamara** [3] - 1:22, 39:9, 39:9
**taught** [1] - 22:20
**Technical** [1] - 29:21
**teleconference** [2] - 3:1, 3:6
**telephone** [1] - 13:2
**ten** [1] - 38:12
**term** [11] - 8:23, 8:24, 9:6, 15:15, 15:24, 17:17, 22:6, 30:17, 32:13, 34:11, 35:2
**termination** [1] - 35:10
**terms** [4] - 20:23, 21:13, 21:24, 24:17
**testing** [1] - 33:3
**THE** [103] - 1:1, 1:1, 1:8, 2:2, 2:10, 2:14, 2:16, 2:18, 3:8, 3:17, 3:21, 4:1, 4:4, 5:5, 5:11, 5:15, 5:18, 5:20, 5:22, 5:24, 6:1, 6:3, 6:4, 7:3, 7:7, 7:21, 8:11, 9:19, 9:21, 13:20, 14:3, 14:13, 14:15, 15:2, 16:7, 16:22, 17:21, 18:11, 18:14, 18:18, 18:20, 18:22, 19:6, 19:14, 19:16, 19:19, 19:24, 19:25, 20:1,

20:6, 20:7, 20:9, 20:14, 20:18, 20:21, 21:14, 21:16, 21:17, 21:18, 22:12, 22:13, 22:14, 22:17, 23:4, 23:6, 23:10, 23:12, 23:13, 23:16, 23:24, 24:1, 24:4, 24:5, 24:7, 28:22, 29:1, 29:5, 29:16, 29:22, 30:1, 30:4, 30:6, 30:11, 30:21, 30:23, 30:24, 31:9, 31:11, 31:16, 31:19, 31:23, 31:24, 31:25, 32:4, 32:8, 36:15, 36:19, 36:22, 36:23, 37:3, 38:5, 38:9, 38:13
**theatrical** [1] - 11:16
**themselves** [2] - 22:23, 24:19
**theory** [1] - 35:22
**therefore** [2] - 33:11, 35:25
**they've** [1] - 23:14
**thinking** [1] - 24:10
**third** [1] - 4:16
**threat** [2] - 7:25, 15:25
**throughout** [1] - 12:5
**today** [6] - 2:24, 3:6, 3:16, 3:22, 4:2, 4:5
**today's** [1] - 6:6
**took** [5] - 6:24, 11:3, 11:9, 20:5, 24:19
**top** [1] - 37:11
**topic** [3] - 16:23, 19:17, 23:5
**total** [2] - 6:22, 33:18
**touch** [1] - 31:25
**Town** [2] - 19:2
**town** [1] - 17:2
**TRANSCRIPT** [1] - 1:8
**transcript** [2] - 39:4, 39:6
**treated** [2] - 16:3, 27:14
**treating** [1] - 27:4
**treatment** [8] - 14:5, 14:22, 16:18, 34:3, 34:4, 34:6, 35:8, 35:10
**trespass** [1] - 6:17
**tried** [2] - 13:1, 23:10
**troubling** [2] - 16:11, 25:11
**true** [2] - 39:4, 39:5
**try** [3] - 27:15, 30:7, 31:6
**turn** [2] - 8:11, 9:11
**turning** [1] - 6:7

**turns** [1] - 26:22
**two** [3] - 5:24, 7:17, 8:16
**type** [1] - 17:9
**types** [2] - 10:22, 27:20
**typical** [1] - 17:17
**typically** [1] - 12:4

## U

**U.S** [4] - 1:12, 1:14, 20:24, 21:10
**U.S.C** [11] - 2:22, 4:21, 6:11, 8:22, 9:2, 10:6, 30:14, 32:10, 32:17, 33:5, 36:2
**ultimately** [1] - 27:10
**unable** [4] - 18:6, 20:4, 23:14, 36:8
**unadjudicated** [1] - 26:17
**unanswered** [1] - 13:11
**unaware** [1] - 28:25
**unbelievable** [3] - 20:3, 20:8, 20:15
**uncalled** [1] - 14:12
**uncles** [1] - 21:5
**under** [9] - 2:25, 6:14, 6:16, 8:22, 8:23, 9:2, 9:5, 20:25, 35:16
**undergo** [1] - 37:18
**unemployed** [3] - 28:12, 28:17, 28:20
**unguided** [1] - 12:5
**unhappy** [1] - 24:18
**United** [14] - 1:23, 2:3, 2:8, 22:4, 24:20, 25:1, 26:3, 29:10, 29:14, 33:24, 34:14, 34:19, 35:6, 35:11
**UNITED** [3] - 1:1, 1:2, 1:9
**unknown** [1] - 21:1
**unlawful** [1] - 35:13
**unlawfully** [1] - 33:2
**unless** [1] - 19:8
**unmute** [1] - 20:2
**unnecessary** [3] - 7:10, 7:11, 14:24
**unsuccessful** [1] - 11:18
**unusual** [1] - 14:21
**unwarranted** [1] - 10:20
**up** [10] - 7:19, 8:23, 9:3, 12:9, 16:10, 24:19, 25:21, 29:13, 31:22, 32:7

## V

**valid** [1] - 35:22
**various** [1] - 12:6
**veteran** [1] - 20:25
**veteran's** [1] - 20:25
**VIA** [2] - 1:4, 1:8
**victims** [1] - 34:15
**video** [9] - 2:24, 3:1, 3:6, 3:12, 11:11, 11:17, 12:23, 25:17, 25:18
**videos** [2] - 8:5, 24:13
**view** [4] - 8:5, 14:4, 16:5, 28:13
**village** [1] - 17:2
**violation** [4] - 2:22, 6:11, 37:13
**violence** [6] - 7:24, 7:25, 15:25, 27:2, 27:8, 27:11
**violent** [4] - 8:2, 26:23, 26:24, 27:3
**vs** [1] - 1:4

## W

**waiting** [1] - 37:12
**waive** [3] - 33:11, 35:18, 35:25
**waived** [1] - 35:15
**waiver** [1] - 35:22
**waivers** [1] - 35:21
**waives** [1] - 35:20
**WALTERS** [1] - 1:19
**Walters** [3] - 2:17, 18:21, 24:4
**wants** [1] - 38:1
**War** [2] - 21:8, 21:23
**war** [3] - 21:9, 22:6, 22:7
**wars** [1] - 22:4
**Washington** [7] - 1:5, 1:15, 1:24, 12:22, 34:17, 34:21, 39:11
**watch** [1] - 24:13
**weapons** [1] - 34:10
**welcome** [1] - 19:20
**wife** [1] - 28:23
**wife's** [2] - 29:6, 29:9
**window** [15] - 11:9, 11:15, 11:19, 11:21, 12:3, 25:19, 25:22, 25:24, 25:25, 26:2, 27:9, 27:13, 27:19
**Wing** [1] - 12:2
**wonder** [2] - 15:13, 15:14
**wondering** [1] - 15:23
**world** [1] - 22:24

**wrap** [1] - 31:2
**writing** [1] - 11:15
**written** [1] - 3:1
**wrote** [1] - 19:4

## Y

**year** [5] - 6:12, 8:23, 8:25, 13:16, 14:24
**years** [3] - 9:3, 9:6, 17:1
**yesterday** [1] - 6:24
**yields** [1] - 7:6
**York** [7] - 15:5, 15:20, 16:10, 17:1, 18:9, 18:24, 22:2
**younger** [1] - 21:5
**yourself** [1] - 31:20

## Z

**zero** [3] - 7:1, 8:21, 26:21
**zero-point** [2] - 7:1, 26:21
**ZOOM** [2] - 1:4, 1:8